1  Susan Lloyd
2  929 E Main St #101
3  Mt Joy, PA 17552
4  213 321 9999
5
6
7      Plaintiff
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN FRANCISCO DIVISION
11 Susan Lloyd,
12     Plaintiff                    Case No    C-
13 V                                Judge
14 Facebook, Inc.                   COMPLAINT
15 1601 Willow Rd                   DEMAND FOR JURY TRAIL
16 Menlo Park, CA 94025
17
18 AND
19 Meta Platforms, Inc
20 1601 Willow Rd
21 Menlo Park, CA 94025
22 AND
23 Mark Zuckerberg
24 1601 Willow Rd
25 Menlo Park, CA 94025
26
27
28

- 1 -
INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

LLOYDS COMPLAINT FOR ADA VIOLATIONS, VIOLATIONS OF SECTION 508 OF THE REHABILITATION ACT OF 1973, VIOLATIONS OF UNRUH ACT, FRAUD AND INTENTIONAL MISREPRESENTATION, VIOLATIONS OF CALIFORNIA CONSTITUTION ARTICLE 1, SECTION 1 AND DATA PROTECTION ACT VIOLATIONS, INVASION OF PRIVACY, BREACH OF CONTRACT, NEGLIGENCE AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

JURISDICTION

1. Plaintiff claims Federal jurisdiction pursuant to Article III 2 which extends the Jurisdiction to cases arising under the US Constitution. US Constitution and Federal laws were violated and the amount in controversy exceeds 75,000.00. Under 28 USC 1332, federal courts may hear cases in which a Citizen of one state sues a citizen of another state and the amount at stake is more than 75,000.00. In that kind of case, no Defendant may be a citizen of the same state as any Plaintiff which is the case here.

2. This court has subject matter jurisdiction over this action pursuant to 28 USC 1331 and 1343(a)(4)

The court has personal jurisdiction over Defendants because their principal place of business or residence is in California and they conduct and continue to conduct a substantial and significant amount of business in California.

VENUE

3. Venue is proper in California pursuant to 28USC1391(b)(1) as this court has personal jurisdiction over the Defendants.

INTRADISTRICT ASSIGNMENT

4. This lawsuit should be assigned to the San Francisco Division because the Defendants principal place of business is in this Division.

PARTIES

5. Plaintiff Susan Lloyd is a Pennsylvania resident who is a protected class who has been disabled under the ADA since 2006.

6. Defendant Facebook Inc is an online social media and social networking service owned by Meta Platforms.

7. Defendant Meta Platforms Inc is formerly known as Facebook and is a multinational technology conglomerate. They are the parent organization of Facebook, Instagram and other subsidiaries.

8. Defendant Mark Zuckerberg is the cofounder of Meta Platforms, formerly known as Facebook, and serves as its chairman, chief executive officer and controlling shareholder. He launched Facebook on February 4, 2004.

FACTS

   Defendants maintain a website called "Facebook" which they use to make money through third party ads. They illegally track users even when the user is logged off of Facebook. They also are not accessible under the ADA, Rehab Act and the Unruh Act. They also have a long history of not abiding by their own Rules which have allowed many people including Lloyd to be abused and threatened by other users on Facebook including threats to rape and murder Lloyd. Any attempt to resolve this conflict by other means including reporting these other users have failed.

Defendants have allowed this to occur for 5 plus years now on a continued repeated basis. Defendants refuse to abide by their own Rules or any other federal or state law causing Lloyd to fear for her safety and suffer over 100,000.00 in injuries.

CAUSES OF ACTION

I. VIOLATION OF AMERICANS WITH DISABILITIES ACT

   Lloyd states the following and includes but not limited to all of the above:

9. Under the ADA, websites must be accessible to users with disabilities.  California also has state law which requires websites to be accessible. Disabled people have the right to equal access to the goods and services that fellow citizens enjoy.

10. Defendants website is not accessible to anybody who has no arms, problems with vision, cannot be viewed in both landscape and portrait orientations, font cannot be made bigger, the color combinations are not high contrast enough to be used by individuals with vision impairments, text cannot be resized and/or be readable when resized, form fields do not have visible labels, users are not made aware of any incorrect, missing or errors entered into fields, images, gifs or videos cannot be disabled to prevent seizures, language tabs are not added, there is no accessibility statement, under display and accessibility there is only an option to do dark mode or to make font smaller there is no other accessibility options.  All of this violates the ADA.

11. Furthermore, Defendants use ads and allow other third parties to advertise on their sites which discriminate against disabled people such as housing which is not ADA accessible and does not allow service dogs.

12. Defendants are responsible for any content on their site and they refuse to comply with the ADA.

13. Defendants also allow other users to harass disabled people and make fun of disabilities on their website.  Defendants refuse to remove these posts even after they are reported stating they do not violate their community standards so Defendants are stating it is okay to harass and make fun of disabled people.  Therefore, Lloyd should be awarded damages for this cause of action.

II. VIOLATIONS OF SECTION 508 OF THE REHABILITATION ACT OF 1973 AGAINST ALL DEFENDANTS

Lloyd repeats the above and includes but not limited to the following:

14. Under the Rehab Act, websites must be accessible to users with disabilities.  California also has state law which requires websites to be accessible. Disabled people have the right to equal access to the goods and services that fellow citizens enjoy.

15. Defendants website is not accessible to anybody who has no arms, problems with vision, problems with hearing, cannot be viewed in both landscape and portrait orientations, font cannot be made bigger, the color combinations are not high contrast enough

- 5 -

to be used by individuals with vision impairments, text cannot be resized and/or be readable when resized, form fields do not have visible labels, users are not made aware of any incorrect, missing or errors entered into fields, images, gifs or videos cannot be disabled to prevent seizures, language tabs are not added, there is no accessibility statement, under display and accessibility there is only an option to do dark mode or to make font smaller there is no other accessibility options.  All of this violates the Rehab Act.

16.  Furthermore, Defendants use ads and allow other third parties to advertise on their sites which discriminate against disabled people such as housing which is not ADA accessible and does not allow service dogs and violates the Rehab Act.

17.  Defendants are responsible for any content on their site and they refuse to comply with the ADA and violates the Rehab Act.

18.  Defendants also allow other users to harass disabled people and make fun of disabilities on their website.  Defendants refuse to remove these posts even after they are reported stating they do not violate their community standards so Defendants are stating it is okay to harass and make fun of disabled people.

Therefore, Lloyd should be awarded damages for this cause of action.

III. VIOLATIONS OF CALIFORNIA UNRUH ACT

Lloyd repeats the above and includes but not limited to the following:

- 6 -
INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

19. California Unruh Act states that all persons are free and equal and no matter what their disability is they are entitled to full and equal accommodations, advantages, facilities, privileges, or services in all business establishments of any kind.

20.  By not having their website ADA accessible, Defendants violated the Unruh Act

Lloyd is entitled to damages for this claim.

IV. FRAUD AND INTENTIONAL MISREPRESENTATION

Lloyd repeats all of the above and includes but not limited to the following

21.  Fraud under california law occurs when a Defendant represented to another a fact that was not true, the representation was actually false, the Defendant knew the representation was false, the Defendant intended the other person to rely on the representation, the other person did rely on the representation, the other person was harmed by the reliance, the Plaintiffs reliance was a substantial factor in the harm suffered.

22.  Facebook Statement of Rights and Responsibilities, states that Facebook enables people to connect with each other, build communities and grow businesses.  In order to use Facebook, you must use the same name that you use in everyday life, create only one account, not share your password, give access to your facebook account to others or transfer your account to anyone else.  You are not allowed to share content that is at the expense of safety

1 and well being of others or the integrity of the community. You
2 may not violate the Community Standards.  You may not post
3 information that is unlawful, misleading, discriminatory, or
4 fraudulent or that infringes on someone elses rights. Facebook
5 states they take seriously their role in keeping abuse off of
6 their service. Facebook states they are committed to making
7 facebook a safe place and expression that threatens people has the
8 potential to intimidate, exclude or silence others and is not
9 allowed.  Facebook also states they are committed to protecting
10 privacy and information. Facebook also states that people will
11 respect the dignity of others and not harass or degrade others.
12 Facebook also states they can disable accounts and contact law
13 enforcement when there is a risk of physical harm or personal
14 safety. They also state they do not allow organizations or
15 individuals that proclaim a violent mission to have presence on
16 Facebook.  They also regulate the sell of firearms on their site.
17 They also will reomve any content that depicts, threatens or
18 promotes sexual violence, sexual assault or sexual exploitation.
19 They also state they remove content thats meant to degrade, shame,
20 bully or harass private individuals.  They also state they will
21 not allow others to post personal or confidential information
22 about yourself or others.  They will remove content that shares,
23 offers or solicits personally identifiable information. They will
24 also not allow hate speech among other things.

23. All of the above is fraudulent and intentional misrepresentation by the Defendants. Facebook has allowed since 2016 for over 500 people to harass and bully Lloyd on Facebook, led by Joshua Thornsbery. Many of these people do not use their real names such as Robin White who goes by Harley Angel. They also create multiple accounts, share their passwords and have testified that they give access to other people for their accounts. They share content to threaten Lloyd. They post about illegal drugs they use and they post about firearms they are attempting to purchase. They have threatened to rape and murder Lloyd for over five years and each time they have been reported, Lloyd and others were told it does not violate community standards. They have threatened on Facebook to shoot Lloyd in the chest with a gun, choke Lloyd to death, blow up Lloyds house, they post Lloyds picture and Lloyds address. They brag about hallucinating from drug use. They post pictures of guns and state Lloyd will be in a cemetery. They organize through facebook events so they could come to Lloyds house and further harass Lloyd. Thornsbery admits to organizing over 500 of his facebook friends to threaten to harass Lloyd for over a 5 year period. Thornsbery admits that he uses Facebook to threaten Lloyd. They use Facebook to make fun of Lloyds ADA protected disabilities such as Lloyds scooter and oxygen. They also use Facebook to body shame Lloyd and make fun of Lloyds weight gain. They also state they will get the Hells Angels to harass Lloyd and post pictures

of themselves at the Hells Angels events for Portage County Ohio. The Department of Justice on <u>April 29, 2021 states Outlaw Motorcycle Gangs (OMGs) are organizations whose members use their motorcycle clubs as conduits for criminal enterprises.  OMGs are highly structured criminal organizations whose members engage in criminal activities such as violent crime, weapons trafficking, and drug trafficking.  There are more than 300 active OMGs within the United States, ranging in size from single chapters with five or six members to hundreds of chapters with thousands of members worldwide.  The Hells Angels, Mongols, Bandidos, Outlaws, and Sons of Silence pose a serious national domestic threat and conduct the majority of criminal activity linked to OMGs, especially activity relating to drug-trafficking and, more specifically, to cross-border drug smuggling. Because of their transnational scope, these OMGs are able to coordinate drug smuggling operations in partnership with major international drug-trafficking organizations (DTOs).</u>

And yet, Facebook allows the Hells Angels to have pages on their site where they can organize and have gatherings.  Mr Thornsbery and over 500 of his friends belong to many motorcycle gangs including the Hells Angels.  They threaten to have the Hells Angels murder Lloyd.

Besides threatening to murder Lloyd, they also allow Thornsebry and over 500 of his friends to threaten to rape Lloyd on their site. They allow them to also post where Lloyd is so others can

show up and harass Lloyd such as Staci Dalton Liddle who posted that Lloyd was at Streetsboro Ohio library. They allow Thornsbery and his friends to post lloyds picture, Lloyds address, pictures of Lloyds property among many other things so others know where Lloyd lives so they can also harass Lloyd.  They even post that they will sit in front of Lloyds house to harass Lloyd.  This has gone on for 5 years and Defendants refuse to ban these 500 people from their sites and they allow this behavior to continue towards Lloyd, a disabled person.  They even allow them to brag on facebook that they pissed on Lloyds fence, damaged Lloyds fence, blow cigarette smoke at Lloyd while she is on oxygen, post pictures of Lloyds cameras and state how they can get around Lloyds security system and how they can use signal jammers to block Lloyds cameras which they did, forcing Lloyd to reinstall wired cameras.  They even brag on Facebook about having large massive illegal fires which were determined to be illegal by the EPA and they do this to harass Lloyd knowing Lloyd has breathing troubles.  They even state they will all go to Thornsberys to maliciously and purposefully harass Lloyd.  They even talk about other ways they can murder and injure Lloyd.  They brag about revving up motorcycles in the middle of the night to harass Lloyd and they brag about other ways they can injure Lloyd on Facebook. There is hundreds if not thousands of posts all dedicated to Lloyd and how they will injure, murder and harass Lloyd.  It is truly frightening and the majority of these people have severe criminal

records including Thornsbery who stated he will choke Lloyd to death on Facebook. He has a 20 year history of throwing a woman to the ground twice, punching holes in his mothers walls and other violent crimes and yet Defendants allow him to organize well over 500 people and counting to threaten to rape and murder Lloyd, bully and harass Lloyd since 2016. Thornsbery admits to owning over 50 deadly weapons and admits to organizing these people to harass and threaten Lloyd and admits this is ongoing through Facebook.

24. As a direct result of the Defendants allowing this to continue for 5 plus years, Lloyd fears for her safety and has fled the State of Ohio. Thornsbery however, admits to hacking into Lloyds Facebook page and found out Lloyd is residing in the state of Pennsylvania where he admits to still having well over 500 of his friends organized through Facebook to harass Lloyd.

25. It is clear Defendants represented to Lloyd a fact that was not true, the representation was actually false, the Defendant knew the representation was false, Defendants intended Lloyd to rely on the representation, Lloyd did rely on the representation, Lloyd was harmed by the reliance, Lloyds reliance was a substantial factor in the harm suffered.

26. These posts by Thornsbery and over 500 of his friends directed towards Lloyd has been reported hundreds of times over the past 5 years. Defendants violate their own Regulations by allowing this behavior to go on for 5 plus years after being made

aware of this in 2016. Since Defendants have refused to stop this behavior, Thornsbery and others have been able to recruit even more people to threaten Lloyd through the use of Facebook. They even organize others to gang stalk Lloyd through the use of Facebook who state they will sit outside Lloyds house and watch Lloyd.

Therefore, Lloyd is entitled to damages for this claim.

V.   VIOLATIONS OF CALIFORNIA CONSTITUTION ARTICLE 1, SECTION 1 AND DATA PROTECTION ACT VIOLATIONS

Lloyd repeats all of the above and states the following which includes but not limited to

27. California Constitution Article I, Section I states that each citizen has an inalienable right to pursue and obtain privacy. It is even a crime in California to access and without permission use, misuse, abuse, damage, contaminate, disrupt or destroy a computer. California law also requires a business to notify any person whose information was acquired by an unauthorized person. It is also illegal to record any telecommunications without permission.

28.   Lloyd never gave Facebook any permission to track her while she is on her computer or any other electronic device and not logged into Facebook.

29.   Facebook has no authority to track Lloyd on her computer or electronic devices when she is not logged into Facebook.

- 13 -
INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

30. Facebook continues to track Lloyd when she is not logged into facebook and is using other third party sites such as Chewy.com, Target. Com, etc.

31. The minute Lloyd logs back into her Facebook account, ads from these other third party sites immediately show up on Lloyds facebook account.

32. Lloyd never gave permission for this to occur and it is illegal for Defendants to do this.

Therefore, Lloyd should be awarded damages for this claim

VI. INVASION OF PRIVACY

Lloyd repeats all of the above and includes but not limited to the following

33. A person is liable for constructive invasion of privacy when they capture, any type of visual image, sound recording or other physical impression of the Plaintiff engaging in a private, personal or familial activity, through the use of any device, when this could not have been achieved without a trespass unless the device was used.

34. A person who commits this act is liable for up to three times the amount of any damages.

35. A person who causes another person to violate this provision is also liable for damages.

36. Defendants have used an illegal device to track Lloyd on her computer and other electronic devices so they can make money off of ads they then show Lloyd on her Facebook page. This illegal

device is used when Lloyd is signed off of Facebook and is on other third party sites such as Chewy.com, Target.com, etc

37.  Defendants are also liable for third parties invasion of privacy by allowing Thornsbery and over 500 of his Facebook friends to post Lloyds address, post pictures of Lloyd, post pictures of Lloyds property, post about Lloyds disabilities, post about Lloyds medical conditions including Lloyds scooter and oxygen, post Lloyds location, so others would threaten and harass Lloyd.  Defendants have known about this behavior since 2016 and refuse to stop it.

Therefore, Lloyd is entitled to damages for this claim.

## VI. BREACH OF CONTRACT

Lloyd repeats all of the above and includes but not limited to the following:

38. Facebook Statement of Rights and Responsibilities, states that Facebook enables people to connect with each other, build communities and grow businesses.  In order to use Facebook, you must use the same name that you use in everyday life, create only one account, not share your password, give access to your facebook account to others or transfer your account to anyone else.  You are not allowed to share content that is at the expense of safety and well being of others or the integrity of the community. You may not violate the Community Standards.  You may not post information that is unlawful, misleading, discriminatory, or fraudulent or that infringes on someone elses rights. Facebook

states they take seriously their role in keeping abuse off of their service. Facebook states they are committed to making facebook a safe place and expression that threatens people has the potential to intimidate, exclude or silence others and is not allowed.  Facebook also states they are committed to protecting privacy and information. Facebook also states that people will respect the dignity of others and not harass or degrade others. Facebook also states they can disable accounts and contact law enforcement when there is a risk of physical harm or personal safety. They also state they do not allow organizations or individuals that proclaim a violent mission to have presence on Facebook.  They also regulate the sell of firearms on their site. They also will reomve any content that depicts, threatens or promotes sexual violence, sexual assault or sexual exploitation. They also state they remove content thats meant to degrade, shame, bully or harass private individuals.  They also state they will not allow others to post personal or confidential information about yourself or others.  They will remove content that shares, offers or solicits personally identifiable information. They will also not allow hate speech among other things.

39.  Defendants refuse to abide by their own rules and regulations. Even after being made aware of Violations by other third parties, Defendants refuse to take action for the past five years.

40. As a direct result Lloyd is a victim of harassment and threats to murder her due to Defendants reckless behavior. This has led Lloyd to fear for her safety for 5 plus years. Therefore, Lloyd should be awarded damages for this claim

VII. NEGLIGENCE AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

Lloyd repeats all of the above and includes but not limited to the following:

41. Under California Law, emotional distress damages can be claimed by someone who is a victim of anothers wrongful act. Serious emotional distress exists if an ordinary reasonable person would be unable to cope with the mental stress engendered by the circumstances. The Defendant must exhibit negligent conduct and the Plaintiff suffered as a result.

42. Defendants were negligent by violating their own contract with Lloyd. Defendants state that Facebook will be a safe place for all to use. Instead, they have allowed over 500 people to talk about drug abuse on Facebook to the point they hallucinate, and then threaten to murder and rape Lloyd. They also allow organized crime activities such as the Hells Angels to have organized activities on Facebook and to discuss their meetings on facebook. This same group has threatened to murder Lloyd. Lloyd fears for her safety, has had severe emotional distress to the point she is undergoing counseling and will never be the same again as a direct result of the Defendants allowing 500 people and counting to threaten to rape and murder Lloyd. Any reasonable

person would fear for their safety as a result of the Defendants negligence.

Therefore Lloyd should be entitled to damages for this claim

JURY TRAIL DEMAND

   Lloyd demands a jury trail for all causes of actions

ARTICLE III COURT DEMAND

   Lloyd declines a magistrate and requests this case be in an Article III court at all times.

DEMAND

1. Permanent ban of Joshua Thornsebry and any and all of his Facebook friends who have bullied, harassed, and threatened Lloyd
2. Compensatory damages well in excess of 100,000.00 including lawyers fees, actual damages, punitive damages
3. Force Defendants to make their websites ADA compliant
4. Force Defendants to make their websites safe for all users and to use a system of real people and not computer algorithms to investigate complaints.
5. Force Defendants to not invade their users privacy when they are logged off of Facebook.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Today's Date: _December 27 2021_

_Susan Lloyd_ _____ PRINT YOUR NAME

_____ SIGN YOUR NAME

Susan Lloyd

929 E main St #101

Mt Joy, PA 17552