JACOB M. HEATH (STATE BAR NO. 238959)
jheath@orrick.com
JONATHAN J. LIU (STATE BAR NO. 328955)
jonathanliu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

Attorneys for Defendant
Facebook, Inc., Meta Platforms, Inc., and Mark Zuckerberg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN LLOYD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC. ET AL.,<br><br>　　　　　Defendant. | Case No. 3:21-cv-10075-EMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge:　　Hon. Edward M. Chen |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Susan Lloyd ("Plaintiff") and Defendants Facebook, Inc., Meta Platforms, Inc., and Mark Zuckerberg ("Defendants," and collectively, "the Parties") hereby submit this Stipulation for Extension of Time for Defendants to Respond to Plaintiff's Complaint. The Parties hereby stipulate as follows:

　　1.　　WHEREAS, Plaintiff filed the Complaint on December 27, 2021 in the Federal Northern District Court of the State of California San Francisco Division and effected service as of December 30, 2021;

　　2.　　WHEREAS, Defendants' response to the Complaint is currently due on April 11, 2022;

　　3.　　WHEREAS, the Parties had a telephone call to discuss the case on April 1, 2022;

4. WHEREAS, in the interest of efficiency and hopes of reaching a potential resolution to the case, Plaintiff and Defendants ("Stipulating Parties") have agreed to a 30-day extension for Defendants to file a response to Plaintiff's Complaint, making the new deadline for Defendants' response May 11, 2022;

5. **THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Stipulating Parties, through their respective counsel, that the time for Defendants to answer or otherwise respond to Plaintiff's Complaint shall be extended to May 11, 2022.

Date: April 8, 2022                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                       */s/ Jacob M. Heath*
                                       Jacob M. Heath
                                       Attorneys for Defendants
                                       Facebook, Inc., Meta Platforms, Inc., and Mark Zuckerberg

Date: April 8, 2022
                                       *Pro se*

                                       */s/ Susan Lloyd*
                                       Susan Lloyd
                                       Plaintiff

**ATTESTATION RE: ELECTRONIC SIGNATURES**

I, Jacob M. Heath, attest pursuant to Civil Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: April 8, 2022                                             ORRICK, HERRINGTON & SUTCLIFFE LLP


*/s/ Jacob M. Heath*
Jacob M. Heath
Attorneys for Defendants
Facebook, Inc., Meta Platforms, Inc., and Mark Zuckerberg