1  Susan Lloyd

2  929 E Main St #101

3  Mt Joy, PA 17552

4  213 321 9999

5  domino7575@yahoo.com

6

7       Plaintiff

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11  Susan Lloyd,

12       Plaintiff                    Case No    3:21-cv-10075

13  V                                 Judge   Chen

14  Facebook, Inc.                    FIRST AMENDED COMPLAINT

15  1601 Willow Rd                    DEMAND FOR JURY TRAIL

16  Menlo Park, CA 94025

17  AND

18

19  Meta Platforms, Inc

20  1601 Willow Rd

21  Menlo Park, CA 94025

22  AND

23

24  Mark Zuckerberg

25  1601 Willow Rd

26  Menlo Park, CA 94025

27         Defendants

28

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

FILED

May 31 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

LLOYDS FIRST AMENDED COMPLAINT FOR ADA VIOLATIONS, VIOLATIONS OF

SECTION 508 OF THE REHABILITATION ACT OF 1973, VIOLATIONS OF UNRUH

ACT, FRAUD AND INTENTIONAL MISREPRESENTATION, VIOLATIONS OF

CALIFORNIA CONSTITUTION ARTICLE 1, SECTION 1 AND DATA PROTECTION

ACT VIOLATIONS, INVASION OF PRIVACY, BREACH OF CONTRACT,

NEGLIGENCE AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

JURISDICTION

1.Plaintiff claims Federal jurisdiction pursuant to Article III 2

which extends the Jurisdiction to cases arising under the US

Constitution. US Constitution and Federal laws were violated and

the amount in controversy exceeds 75,000.00. Under 28 USC 1332,

federal courts may hear cases in which a Citizen of one state sues

a citizen of another state and the amount at stake is more than

75,000.00. In that kind of case, no Defendant may be a citizen of

the same state as any Plaintiff which is the case here.

2. This court has subject matter jurisdiction over this action

pursuant to 28 USC 1331 and 1343(a)(4). The court has personal

jurisdiction over Defendants because their principal place of

business or residence is in California and they conduct and

continue to conduct a substantial and significant amount of

business in California.

VENUE

3. Venue is proper in California pursuant to 28USC1391(b)(1) as

this court has personal jurisdiction over the Defendants.

INTRADISTRICT ASSIGNMENT

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

4. This lawsuit should be assigned to the San Francisco Division because the Defendants principal place of business is in this Division.

PARTIES

5. Plaintiff Susan Lloyd is a Pennsylvania resident who is a protected class who has been disabled under the ADA since 2006.

6. Defendant Facebook Inc is an online social media and social networking service owned by Meta Platforms.

7. Defendant Meta Platforms Inc is formerly known as Facebook and is a multinational technology conglomerate. They are the parent organization of Facebook, Instagram and other subsidiaries.

8. Defendant Mark Zuckerberg is the cofounder of Meta Platforms, formerly known as Facebook, and serves as its chairman, chief executive officer and controlling shareholder. He launched Facebook on February 4, 2004.

FACTS

9. Defendants maintain a website called "Facebook" which they use to make money through third party ads. They illegally track users even when the user is logged off of Facebook. They also are not accessible under the ADA, Rehab Act and the Unruh Act. They also have a long history of not abiding by their own Rules which have allowed many people including Lloyd to be abused and threatened by other users on Facebook including threats to rape and murder Lloyd. Any attempt to resolve this conflict by other means including reporting these other users have failed. Defendants

have allowed this to occur for 5 plus years now on a continued

repeated basis. Defendants refuse to abide by their own Rules or

any other federal or state law causing Lloyd to fear for her

safety and suffer over 100,000.00 in injuries.

CAUSES OF ACTION

 I. VIOLATION OF AMERICANS WITH DISABILITIES ACT

    Lloyd states the following and includes but not limited to

all of the above:

10.  Under the ADA, websites must be accessible to users with

disabilities. Since 2018, websites accessibility lawsuits have

made up 1/5 of all ADA Title 3 claims as per americanbar.org.

Title 3 recognizes websites as places of public accommodation.

Defendants own, lease or operate Facebook/Meta which Is a place of

public accommodation and Plaintiff was denied public

accommodations due to her disability.  California also has state

law which requires websites to be accessible. Disabled people have

the right to equal access to the goods and services that fellow

citizens enjoy.  Defendants website is not accessible to anybody

who has no arms, problems with vision, cannot be viewed in both

landscape and portrait orientations, font cannot be made bigger,

the color combinations are not high contrast enough to be used by

individuals with vision impairments, text cannot be resized and/or

be readable when resized, form fields do not have visible labels,

users are not made aware of any incorrect, missing or errors

entered into fields, images, gifs or videos cannot be disabled to

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

1  prevent seizures, language tabs are not added, there is no

2  accessibility statement, under display and accessibility there is

3  only an option to do dark mode or to make font smaller there is no

4  other accessibility options.  All of this violates the ADA.

5  Plaintiff is a protected class under the ADA and has visual

6  problems due to many ada protected disabilities.

7  11.   Furthermore, Defendants use ads and allow other third parties

8

9  to advertise on their sites which discriminate against disabled

10 people such as housing which is not ADA accessible and does not

11 allow service dogs.

12 12.   Defendants are responsible for any content on their site and

13 they refuse to comply with the ADA.

14 13.   Defendants also allow other users to harass disabled people

15 and make fun of disabilities on their website.  Defendants refuse

16 to remove these posts even after they are reported stating they do

17 not violate their community standards so Defendants are stating it

18 is okay to harass and make fun of disabled people.

19 Defendants discrimination towards Lloyd was intentional.

20 Defendants treated Lloyd differently because of her disability.

21 Defendants apply its policies in a way that targets individuals

22 with disabilities.  Lloyd began to encounter accessibility

23 barriers with Facebook in 2020 when her health began to decline.

24 Lloyd is disabled under the ADA since 2006. Lloyd began to

25 experience problems using Facebook in 2020 as her health began to

26 decline.  Zuckerberg should be held liable under alter ego as CEO

27

28

of the company and he was personally involved and/or directed the

challenged acts Lloyd states. Facebook also facilitated disability

discrimination through targeted housing ads which violate civil

rights laws based on disability discrimination.

Therefore, Lloyd should be awarded damages for this cause of

action.

II. VIOLATIONS OF SECTION 508 OF THE REHABILITATION ACT OF 1973

AGAINST ALL DEFENDANTS

Lloyd repeats the above and includes but not limited to the

following:

14. Under the Rehab Act, websites must be accessible to users with

disabilities.  California also has state law which requires

websites to be accessible. Disabled people have the right to equal

access to the goods and services that fellow citizens enjoy.

15. Defendants website is not accessible to anybody who has no

arms, problems with vision, problems with hearing, cannot be

viewed in both landscape and portrait orientations, font cannot be

made bigger, the color combinations are not high contrast enough

to be used by individuals with vision impairments, text cannot be

resized and/or be readable when resized, form fields do not have

visible labels, users are not made aware of any incorrect, missing

or errors entered into fields, images, gifs or videos cannot be

disabled to prevent seizures, language tabs are not added, there

is no accessibility statement, under display and accessibility

there is only an option to do dark mode or to make font smaller

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

there is no other accessibility options.  All of this violates the
Rehab Act.

16.  Furthermore, Defendants use ads and allow other third parties
to advertise on their sites which discriminate against disabled
people such as housing which is not ADA accessible and does not
allow service dogs and violates the Rehab Act.

17.  Defendants are responsible for any content on their site and
they refuse to comply with the ADA and violates the Rehab Act.

18.  Defendants also allow other users to harass disabled people
and make fun of disabilities on their website.  Defendants refuse
to remove these posts even after they are reported stating they do
not violate their community standards so Defendants are stating it
is okay to harass and make fun of disabled people.

Lloyd began to have issues using Facebook when her health began to
decline in 2020.  Lloyd has severe vision issues and is protected
under the ADA.  Defendants website is not accessible to people
with vision issues as described above.  Defendants acted with
discriminatory intent towards Lloyd and treated Lloyd differently
due to her disability.  Defendants apply its policies in a way
that targets people with disabilities.  Defendnats own, lease
and/or operate Meta/Facebook, a place of public accommodation.  A
website is considered a place of public accommodation under Title
3. Lloyd was denied a place of public accommodation by Defendants
not having their website accessible. Zuckerberg is liable under

alter ego as CEO of the company and is personally involved and/or
directed the challenged acts cited by lloyd.

Therefore, Lloyd should be awarded damages for this cause of
action.

III. VIOLATIONS OF CALIFORNIA UNRUH ACT

    Lloyd repeats the above and includes but not limited to the
following:

19. California Unruh Act states that all persons are free and
equal and no matter what their disability is they are entitled to
full and equal accommodations, advantages, facilities, privileges,
or services in all business establishments of any kind.

20.  By not having their website ADA accessible, Defendants
violated the Unruh Act.  Defendants acted with discriminatory
intent as stated above.  Defendants treated Lloyd differently
because of her disability.  Defendants apply its policies in a way
that targets individuals with disabilities.  Lloyd began to
encounter barrier issues with Facebook in 2020 when her health
began to decline.  Lloyd has protected disabilities under Federal
Law including but not limited to vision issues.  Defendants
website is not accessible to people with poor vision.  Lloyd is
protected under the ADA since 2006.  Defendants own, operate
and/or lease a place of public accommodation and Lloyd was denied
public accommodation due to her disability.  Under Title 3, a
website is a place of public accommodation.  Zuckerberg should be

held liable under alter ego of the company as he was personally

involved and/or directed the challenged acts Lloyd states.

Lloyd is entitled to damages for this claim.

IV. FRAUD AND INTENTIONAL MISREPRESENTATION

Lloyd repeats all of the above and includes but not limited to the

following

21.  Fraud under california law occurs when a Defendant

represented to another a fact that was not true, the

representation was actually false, the Defendant knew the

representation was false, the Defendant intended the other person

to rely on the representation, the other person did rely on the

representation, the other person was harmed by the reliance, the

Plaintiffs reliance was a substantial factor in the harm

suffered.

22.  Facebook Statement of Rights and Responsibilities, states

that Facebook enables people to connect with each other, build

communities and grow businesses.  In order to use Facebook, you

must use the same name that you use in everyday life, create only

one account, not share your password, give access to your facebook

account to others or transfer your account to anyone else.  You

are not allowed to share content that is at the expense of safety

and well being of others or the integrity of the community. You

may not violate the Community Standards.  You may not post

information that is unlawful, misleading, discriminatory, or

fraudulent or that infringes on someone elses rights. Facebook

states they take seriously their role in keeping abuse off of
their service. Facebook states they are committed to making
facebook a safe place and expression that threatens people has the
potential to intimidate, exclude or silence others and is not
allowed.  Facebook also states they are committed to protecting
privacy and information. Facebook also states that people will
respect the dignity of others and not harass or degrade others.
Facebook also states they can disable accounts and contact law
enforcement when there is a risk of physical harm or personal
safety. They also state they do not allow organizations or
individuals that proclaim a violent mission to have presence on
Facebook.  They also regulate the sell of firearms on their site.
They also will remove any content that depicts, threatens or
promotes sexual violence, sexual assault or sexual exploitation.
They also state they remove content thats meant to degrade, shame,
bully or harass private individuals.  They also state they will
not allow others to post personal or confidential information
about yourself or others.  They will remove content that shares,
offers or solicits personally identifiable information. They will
also not allow hate speech among other things.

23.  All of the above is fraudulent and intentional
misrepresentation by the Defendants. Facebook has allowed since
2016 for over 500 people to harass and bully Lloyd on Facebook,
led by Joshua Thornsbery.  Many of these people do not use their
real names such as Robin White who goes by Harley Angel.  They

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

also create multiple accounts, share their passwords and have

testified that they give access to other people for their

accounts.  They share content to threaten Lloyd.  They post about

illegal drugs they use and they post about firearms they are

attempting to purchase.  They have threatened to rape and murder

Lloyd for over five years and each time they have been reported,

Lloyd and others were told it does not violate community

standards.  They have threatened on Facebook to shoot Lloyd in the

chest with a gun, choke Lloyd to death, blow up Lloyds house, they

post Lloyds picture and Lloyds address.  They brag about

hallucinating from drug use.  They post pictures of guns and state

Lloyd will be in a cemetery.  They organize through facebook

events so they could come to Lloyds house and further harass

Lloyd.  Thornsbery admits to organizing over 500 of his facebook

friends to threaten to harass Lloyd for over a 5 year period.

Thornsbery admits that he uses Facebook to threaten Lloyd.  They

use Facebook to make fun of Lloyds ADA protected disabilities such

as Lloyds scooter and oxygen.  They also use Facebook to body

shame Lloyd and make fun of Lloyds weight gain.  They also state

they will get the Hells Angels to harass Lloyd and post pictures

of themselves at the Hells Angels events for Portage County Ohio.

The Department of Justice on April 29, 2021 states Outlaw

Motorcycle Gangs (OMGs) are organizations whose members use their

motorcycle clubs as conduits for criminal enterprises.  OMGs are

highly structured criminal organizations whose members engage in

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

1 criminal activities such as violent crime, weapons trafficking,

2 and drug trafficking.  There are more than 300 active OMGs within

3 the United States, ranging in size from single chapters with five

4 or six members to hundreds of chapters with thousands of members

5 worldwide.  The Hells Angels, Mongols, Bandidos, Outlaws, and Sons

6 of Silence pose a serious national domestic threat and conduct the

7 majority of criminal activity linked to OMGs, especially activity

8 relating to drug-trafficking and, more specifically, to cross-

9 border drug smuggling. Because of their transnational scope, these

10 OMGs are able to coordinate drug smuggling operations in

11 partnership with major international drug-trafficking

12 organizations (DTOs).

13 And yet, Facebook allows the Hells Angels to have pages on their

14 site where they can organize and have gatherings.  Mr Thornsbery

15 and over 500 of his friends belong to many motorcycle gangs

16 including the Hells Angels.  They threaten to have the Hells

17 Angels murder Lloyd.

18 Besides threatening to murder Lloyd, they also allow Thornsebry

19 and over 500 of his friends to threaten to rape Lloyd on their

20 site. They allow them to also post where Lloyd is so others can

21 show up and harass Lloyd such as Staci Dalton Liddle who posted

22 that Lloyd was at Streetsboro Ohio library. They allow Thornsbery

23 and his friends to post Lloyds picture, Lloyds address, pictures

24 of Lloyds property among many other things so others know where

25 Lloyd lives so they can also harass Lloyd.  They even post that

they will sit in front of Lloyds house to harass Lloyd.  This has
gone on for 5 years and Defendants refuse to ban these 500 people
from their sites and they allow this behavior to continue towards
Lloyd, a disabled person.  They even allow them to brag on
Facebook that they pissed on Lloyds fence, damaged Lloyds fence,
blow cigarette smoke at Lloyd while she is on oxygen, post
pictures of Lloyds cameras and state how they can get around
Lloyds security system and how they can use signal jammers to
block Lloyds cameras which they did, forcing Lloyd to reinstall
wired cameras.  They even brag on Facebook about having large
massive illegal fires which were determined to be illegal by the
EPA and they do this to harass Lloyd knowing Lloyd has breathing
troubles.  They even state they will all go to Thornsberys to
maliciously and purposefully harass Lloyd.  They even talk about
other ways they can murder and injure Lloyd.  They brag about
revving up motorcycles in the middle of the night to harass Lloyd
and they brag about other ways they can injure Lloyd on Facebook.
There is hundreds if not thousands of posts all dedicated to Lloyd
and how they will injure, murder and harass Lloyd.  It is truly
frightening and the majority of these people have severe criminal
records including Thornsbery who stated he will choke Lloyd to
death on Facebook.  He has a 20 year history of throwing a woman
to the ground twice, punching holes in his mothers walls and other
violent crimes and yet Defendants allow him to organize well over
500 people and counting to threaten to rape and murder Lloyd,

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

bully and harass Lloyd since 2016.  Thornsbery admits to owning

over 50 deadly weapons and admits to organizing these people to

harass and threaten Lloyd and admits this is ongoing through

Facebook.

24.  As a direct result of the Defendants allowing this to

continue for 5 plus years, Lloyd fears for her safety and has fled

the State of Ohio.  Thornsbery however, admits to hacking into

Lloyds Facebook page and found out Lloyd is residing in the state

of Pennsylvania where he admits to still having well over 500 of

his friends organized through Facebook to harass Lloyd.

25. It is clear Defendants represented to Lloyd a fact that was

not true, the representation was actually false, the Defendant

knew the representation was false, Defendants intended Lloyd to

rely on the representation, Lloyd did rely on the representation,

Lloyd was harmed by the reliance, Lloyds reliance was a

substantial factor in the harm suffered.

26.  These posts by Thornsbery and over 500 of his friends

directed towards Lloyd has been reported hundreds of times over

the past 5 years via Facebook and certified letters with copies of

the posts mailed to Facebook.  Defendants violate their own

Regulations by allowing this behavior to go on for 5 plus years

after being made aware of this in 2016. Since Defendants have

refused to stop this behavior, Thornsbery and others have been

able to recruit even more people to threaten Lloyd through the use

of Facebook.  They even organize others to gang stalk Lloyd

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

through the use of Facebook who state they will sit outside Lloyds
house and watch Lloyd.

Defendants intended to commit fraud.  Any reasonable person would
rely on Defendants statements and/or representations.  As a
reasonable person, Lloyd relied on Defendants statements and/or
representations and this reliance caused her harm.  Defendants
allow this to occur for one reason only.  They make money off of
the people threatening Lloyd by using their private information to
show them ads.

Therefore, Lloyd is entitled to damages for this claim.

V.   VIOLATIONS OF CALIFORNIA CONSTITUTION ARTICLE 1, SECTION 1 AND
DATA PROTECTION ACT VIOLATIONS

Lloyd repeats all of the above and states the following which
includes but not limited to

27. California Constitution Article I, Section I states that each
citizen has an inalienable right to pursue and obtain privacy.  It
is even a crime in California to access and without permission
use, misuse, abuse, damage, contaminate, disrupt or destroy a
computer.  California law also requires a business to notify any
person whose information was acquired by an unauthorized person.
It is also illegal to record any telecommunications without
permission.

28.  Lloyd never gave Facebook any permission to track her while
she is on her computer or any other electronic device and not

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

logged into Facebook.  Lloyd claims a legally protected privacy

interest, Lloyd had a reasonable expectation of privacy and

Defendants invaded Lloyds privacy.

29.  Facebook has no authority to track Lloyd on her computer or

electronic devices when she is not logged into Facebook. Lloyds

information when logged off Facebook is sensitive, and

confidential and relates to personal decisions or personal

activities.  Defendants have collected data on Lloyd which is

sensitive and confidential.  Lloyd had a reasonable expectation of

privacy when she is logged out of Facebook doing other personal

things.  Defendants conduct constitutes egregious invasion of

privacy and an egregious breach of social norms.  This disclosure

of Lloyd private information would be offensive to any reasonable

person.  As a result Facebook collected unlawful profits while

Lloyd suffered concrete and particularized harm. Defendants

publicized Lloyds private information such as her address and her

medical conditions and her picture on their website.  Thornsbery

admits to this information being seen by over 500 people.  It was

seen by a lot more- anybody on Facebook as Thornsbery private

settings were set to public which means anybody on Facebook could

see this information.  Lloyd made Defendants aware of this in

reporting this via Facebook and via certified letter but

Defendants have allowed this to occur anyways in violation of

their own contracts where Defendants state they will protect the

privacy of Facebook users.  Defendants made certain that the

- 16 -

1  public could view Lloyds private information.  Defendants also use

2  and other plug ins in order to track and save information about

3  its users to 3rd party websites and then sell this information to

4  advertisers. Facebook has settled multiple lawsuits in regards to

5  the same issues Lloyd is complaining about and yet refuses to

6  settle the case with Lloyd.  Re:Internet Tracking Litigation, US

7  District Court, Northern District California, No 12-md-02314.

8  Defendants violated Federal and State Privacy Laws along with

9  wiretapping laws by tracking Lloyd.  They unlawfully compiled

10  Lloyds user data including browsing history to sell to 3rd parties

11  to target ads to Lloyd.  This disclosure would be offensive to any

12  reasonable person under the same circumstances and Defendants have

13  a lot of settled or pending cases against them for this very

14  reason.  Facebook had to pay a 5 billion dollar fine in 2019 and

15  on Feb 15, 2022 was sued by the Texas Attorney General for these

16  very reasons.  Facebook allows users to threaten Lloyd for this

17  very reason.  They value profit over the safety of its users.  On

18  Feb 18, 2022, Facebook agreed to pay 90 million to settle Data

19  Privacy Lawsuits in regards to these similar issues with other

20  people.  Defendants  made public disclosures in regards to Lloyds

21  private information.  These disclosures violated Lloyds privacy

22  rights and/or defamed Lloyd in a false light.  The information

23  disclosed by Defendants was falsifying and/or violated Lloyds

24  right to privacy.  Any average person would consider the

25

26

27

28

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

information offensive and any reasonable person would suffer loss of reputation, shame or danger.

30.   Facebook continues to track Lloyd when she is not logged into facebook and is using other third party sites such as Chewy.com, Target. Com, etc.

31.   The minute Lloyd logs back into her Facebook account, ads from these other third party sites immediately show up on Lloyds facebook account.

32.   Lloyd never gave permission for this to occur and it is illegal for Defendants to do this.

Therefore, Lloyd should be awarded damages for this claim

VI. INVASION OF PRIVACY

Lloyd repeats all of the above and includes but not limited to the following

33. California Constitution Article I, Section I states that each citizen has an inalienable right to pursue and obtain privacy.  It is even a crime in California to access and without permission use, misuse, abuse, damage, contaminate, disrupt or destroy a computer.  California law also requires a business to notify any person whose information was acquired by an unauthorized person. It is also illegal to record any telecommunications without permission.  Lloyd never gave Facebook any permission to track her while she is on her computer or any other electronic device and not logged into Facebook.  Lloyd claims a legally protected

privacy interest, Lloyd had a reasonable expectation of privacy and Defendants invaded Lloyds privacy.

34.   Facebook has no authority to track Lloyd on her computer or electronic devices when she is not logged into Facebook. Lloyds information when logged off Facebook is sensitive, and confidential and relates to personal decisions or personal activities.  Defendants have collected data on Lloyd which is sensitive and confidential.  Lloyd had a reasonable expectation of privacy when she is logged out of Facebook doing other personal things.  Defendants conduct constitutes egregious invasion of privacy and an egregious breach of social norms.  This disclosure of Lloyd private information would be offensive to any reasonable person.  As a result Facebook collected unlawful profits while Lloyd suffered concrete and particularized harm. Defendants publicized Lloyds private information such as her address and her medical conditions and her picture on their website.  Thornsbery admits to this information being seen by over 500 people.  It was seen by a lot more- anybody on Facebook as Thornsbery private settings were set to public which means anybody on facebook could see this information.  Lloyd made Defendants aware of this in reporting this via Facebook and via certified letter but Defendants have allowed this to occur anyways in violation of their own contracts where Defendants state they will protect the privacy of Facebook users.  Defendants made certain that the public could view Lloyds private information.  Defendants also use

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

cookies and other plug ins in order to track and save information about its users to 3rd party websites and then sell this information to advertisers. Facebook has settled multiple lawsuits in regards to the same issues Lloyd is complaining about and yet refuses to settle the case with Lloyd.  Re:Internet Tracking Litigation, US District Court, Northern District California, No 12-md-02314.  Defendants violated Federal and State Privacy Laws along with wiretapping laws by tracking Lloyd.  They unlawfully compiled Lloyds user data including browsing history to sell to 3rd parties to target ads to Lloyd.  This disclosure would be offensive to any reasonable person under the same circumstances and Defendants have a lot of settled or pending cases against them for this very reason.  Facebook had to pay a 5 billion dollar fine in 2019 and on Feb 15, 2022 was sued by the Texas Attorney General for these very reasons.  Facebook allows users to threaten Lloyd for this very reason.  They value profit over the safety of its users.  On Feb 18, 2022, Facebook agreed to pay 90 million to settle Data Privacy Lawsuits in regards to these similar issues with other people.  Defendants  made public disclosures in regards to Lloyds private information.  These disclosures violated Lloyds privacy rights and/or defamed Lloyd in a false light.  The information disclosed by Defendants was falsifying and/or violated Lloyds right to privacy.  Any average person would consider the information offensive and any reasonable person would suffer loss of reputation, shame or danger.

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

35. A person is liable for constructive invasion of privacy when they capture, any type of visual image, sound recording or other physical impression of the Plaintiff engaging in a private, personal or familial activity, through the use of any device, when this could not have been achieved without a trespass unless the device was used. A person who commits this act is liable for up to three times the amount of any damages. A person who causes another person to violate this provision is also liable for damages.

36.  Defendants have used an illegal device to track Lloyd on her computer and other electronic devices so they can make money off of ads they then show Lloyd on her Facebook page.  This illegal device is used when Lloyd is signed off of Facebook and is on other third party sites such as Chewy.com, Target.com, etc

37.  Defendants are also liable for third parties invasion of privacy by allowing Thornsbery and over 500 of his Facebook friends to post Lloyds address, post pictures of Lloyd, post pictures of Lloyds property, post about Lloyds disabilities, post about Lloyds medical conditions including Lloyds scooter and oxygen, post Lloyds location, so others would threaten and harass Lloyd.  Defendants have known about this behavior since 2016 and refuse to stop it.

Therefore, Lloyd is entitled to damages for this claim.

VI. BREACH OF CONTRACT

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

1    Lloyd repeats all of the above and includes but not limited

2 to the following:

3 38. Facebook Statement of Rights and Responsibilities, states that

4 Facebook enables people to connect with each other, build

5 communities and grow businesses.  In order to use Facebook, you

6 must use the same name that you use in everyday life, create only

7 one account, not share your password, give access to your facebook

8 account to others or transfer your account to anyone else.  You

9 are not allowed to share content that is at the expense of safety

10 and well being of others or the integrity of the community. You

11 may not violate the Community Standards.  You may not post

12 information that is unlawful, misleading, discriminatory, or

13 fraudulent or that infringes on someone elses rights. Facebook

14 states they take seriously their role in keeping abuse off of

15 their service. Facebook states they are committed to making

16 facebook a safe place and expression that threatens people has the

17 potential to intimidate, exclude or silence others and is not

18 allowed.  Facebook also states they are committed to protecting

19 privacy and information. Facebook also states that people will

20 respect the dignity of others and not harass or degrade others.

21 Facebook also states they can disable accounts and contact law

22 enforcement when there is a risk of physical harm or personal

23 safety. They also state they do not allow organizations or

24 individuals that proclaim a violent mission to have presence on

25 Facebook.  They also regulate the sell of firearms on their site.

26 

27 

28 

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

They also will remove any content that depicts, threatens or promotes sexual violence, sexual assault or sexual exploitation. They also state they remove content that is meant to degrade, shame, bully or harass private individuals.  They also state they will not allow others to post personal or confidential information about yourself or others.  They will remove content that shares, offers or solicits personally identifiable information. They will also not allow hate speech among other things.

39.  Defendants refuse to abide by their own rules and regulations. Even after being made aware of Violations by other third parties, Defendants refuse to take action for the past five years. The court of appeals for First District of Texas required 2 Defendants to not only remove their own posts but 3rd party comments after being sued.  Facebook refused to remove these same comments that a court forced deletion of.  Section 230 does not shield online companies from legal liability associated with a third party user when these posts involve threats against somebodys life and criminal activity. Facebook uses algorithms which attract Thornsbery and others to make these posts. Thornsbery and over 500 0f his friends threaten to murder and rape Lloyd on Facebook and brag about damaging Lloyds property and drug use and even brag about hallucinating from drug use.  They also use Facebook to organize other people to threaten Lloyd including the Hells Angels of which they are a member of.  Defendants have allowed this to occur for over FIVE years all the while the State

of Ohio and other States are  passing House Bills to prevent other

people from being harassed and threatened on Facebook.  Facebook

is even aware that people under same situations as Lloyd have

committed suicide as a result of Defendants allowing this to go

on, but they continue anyways. In fact, more recently, Facebook

has allowed the Uvalde Texas Elementary shooter to post he will

shoot his grandmother, to post he just shot his grandmother and

then to post he is going to shoot up the Elementary School where

he proceeded to kill 19 students and 2 teachers.  Facebook has

even allowed people to live stream murdering others on their

website including Steve Stephens murdering Robert Godwin Sr in

Cleveland Ohio and in 2017 allowed a torture of a man with special

needs to be livestreamed on Facebook in Chicago.  Facebook has an

obligation to remove threats towards Lloyd on its site making the

site safe.  Defendants violate their own contract with Lloyd by

failing to do so.  Their own contract states that users will feel

safe on its site.  No Facebook user has Freedom of Speech in their

comments towards Lloyd as Lloyd is a private citizen so the First

Amendment does not apply. Zuckerberg is the alter ego as CEO of

Facebook so he is personally liable for orchestrating this attack

towards Lloyd on Facebook.

40.  As a direct result Lloyd is a victim of harassment and

threats to murder her due to Defendants reckless behavior.  This

has led Lloyd to fear for her safety for 5 plus years.

Therefore, Lloyd should be awarded damages for this claim

VII.   NEGLIGENCE AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

     Lloyd repeats all of the above and includes but not limited to the following:

41. Under California Law, emotional distress damages can be claimed by someone who is a victim of anothers wrongful act. Serious emotional distress exists if an ordinary reasonable person would be unable to cope with the mental stress engendered by the circumstances.  The Defendant must exhibit negligent conduct and the Plaintiff suffered as a result.

42.  Defendants were negligent by violating their own contract with Lloyd.  Defendants state that Facebook will be a safe place for all to use.  Instead, they have allowed over 500 people to talk about drug abuse on Facebook to the point they hallucinate, and then threaten to murder and rape Lloyd.  They also allow organized crime activities such as the Hells Angels to have organized activities on Facebook and to discuss their meetings on facebook.  This same group has threatened to murder Lloyd. Lloyd fears for her safety, has had severe emotional distress to the point she is undergoing counseling and will never be the same again as a direct result of the Defendants allowing 500 people and counting to threaten to rape and murder Lloyd.  Any reasonable person would fear for their safety as a result of the Defendants negligence. Defendants owed a duty to Lloyd and Lloyd pled enough facts to establish that duty.  Furthermore, under the law, everybody has a duty not to harm anybody else.  Lloyds emotional

distress arose out of Defendants negligence and their breach of

their own contract and a breach of their own duty.  Defendants

conduct put Lloyd at risk of physical harm as they allow over 500

people on their site to threaten to murder and rape Lloyd.  Lloyd

has reported these posts via Facebook itself and via certified

mail to Facebook.  Facebook allows these people to threaten Lloyd

for their own financial gain as they would lose money by banning

these people from ther website as they make money off of Lloyds

abusers by selling ads through their tracking of their users

activities.

Therefore Lloyd should be entitled to damages for this claim

JURY TRAIL DEMAND

    Lloyd demands a jury trail for all causes of actions

ARTICLE III COURT DEMAND

    Lloyd declines a magistrate and requests this case be in an

Article III court at all times.

DEMAND

  1.  Permanent ban and/or deletion of any any all posts in

      regards to Lloyd made by Joshua Thornsebry and any and all of

      his Facebook friends who have bullied, harassed, and

      threatened Lloyd.

  2. Compensatory damages well in excess of 100,000.00 including

      lawyers fees, actual damages, punitive damages

  3. Force Defendants to make their websites ADA compliant

4. Force Defendants to make their websites safe for all users and to use a system of real people and not computer algorithms to investigate complaints.

5. Force Defendants to not invade their users privacy when they are logged off of Facebook.

6. Release all information to Lloyd which Facebook has saved under her name including a list of all the third party data recipients as required under California Law.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Today's Date:

May 27, 2022

_Susan Lloyd_      PRINT YOUR NAME

_Sml_      SIGN YOUR NAME

Susan Lloyd

929 E main St #101

Mt Joy, PA 17552

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

CERTIFICATE OF SERVICE

Lloyds First Amended Complaint was served via email to Jonathan Liu at Jonathanliu@orrick.com and Jacob Heath at jheath@orrick.com and regular usps mail to Orrick, Herrington and Sutcliffe at 1000 March Rd Menlo Park, CA 94025 on May 27, 2022.

Susan Lloyd

929 E Main St #101

Mt Joy, PA 17552