Susan Lloyd

929 E Main St #101

Mt Joy, PA 17552

213 321 9999

domino7575@yahoo.com

**FILED**
**JUN 23 2022**
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Susan Lloyd,

   Plaintiff

   V

Facebook, Inc. et al

   Defendants

Case No   3:21-cv-10075

Judge   Chen

MOTION TO COMPEL DEFENDANTS TO HOLD A 26 F CONFERENCE AND DISCOVERY CONFERENCE

MOTION FOR EXTENSION OF TIME TO FILE A SECOND AMENDED COMPLAINT UNTIL RULE 26 CONFERENCE IS HELD AND DEFENDANTS RESPOND TO LLOYD DISCOVERY REQUESTS THAT WERE ALREADY SERVED

This case was filed December 29, 2021. Defendants waived service on February 18, 2022. Defendants entered their appearance on April 8, 2022 by asking for time to respond to complaint under the notion of "settlement talks". In reality, settlement talks never occurred and yet Lloyd gave them 2

*MOTION TO COMPEL*
*MOTION FOR EXTENSION OF TIME*

extensions of time to file a Motion to Dismiss. Lloyd asked them repeatedly if their clients were willing to settle and for the most part, they refused to respond except for 2 short phone conferences which in reality were not "settlement talks" but Defendants trying to act as if they dont know why they are being sued and they even told Lloyd they will file a Motion to Dismiss and the case will be over in 3 weeks.

On May 28, 2022, Lloyd served discovery including interrogatories and production of documents to Defendants. On June 6, 2022, Defendants replied back Lloyds discovery is untimely and they will not respond as a Rule 26 conference was not held yet. Defendants admit the Rule 26 conference should be held within 39 days after Defendants filed an appearance. Defendants appeared on April 8, 2022 so the 26 conference should have been held by May 16, 2022. Lloyd gave Defendants any date and time from June 6 through June 10 to hold the Rule 26 conference and they refused to respond.

Defendants refuse to hold a Rule 26 conference and Defendants refuse to respond to Lloyds discovery requests causing prejudice to Lloyd. Defendants made it clear that they have no intention on settling and yet they failed to follow any of the Federal Rules trying to maliciously take advantage of Lloyd as Lloyd is pro se and trying to delay this case and trying to cause prejudice to Lloyd in prosecution of this case.

MOTION TO COMPEL
MOTION FOR EXTENSION OF TIME

Defendants told Lloyd they are going to file a Motion to Dismiss in which Discovery would be helpful to Lloyd in filing a Second Amended Complaint.

    Defendants refusal to participate in discovery and the 26 conference is contrary to their obligations. This is done to prejudice Lloyd, halt discovery and delay prosecution of this case. Defendants refused to schedule a 26 conference even after Lloyd allowed them to choose any time and any date from June 6 through June 10. Defendants refused to respond to that email even refusing to give Lloyd alternate dates.  Rule 26 holds that the Conference is scheduled as soon as practicable and in reality was due a month ago on May 16, 2022.  Defendants plans to file a motion to dismiss do not stop their obligations to hold a 26 conference.

    Rule 26 also states a conference must be held at least 21 days prior to a scheduling order by the judge.  A scheduling order is due 90 days after Defendant has been served or within 60 days of Defendants appearance.  The scheduling order in this case is past due.  The 26 Conference should have been held by May 16 and Defendants still refuse to fulfill their obligations under the Rule. Rule 26 Advisory Committee Notes states that a 26 conference is desirable to be held even before a Defendant responds to the complaint.

MOTION TO COMPEL
MOTION FOR EXTENSION OF TIME

3

Defendants refusal to participate in a 26 Conference or even provide a date for such conference is in clear violation of the Rule 26. Defendants refusal to act has put a stay on this litigation, has prevented Lloyd from obtaining discovery (of which was served on Defendants but they refuse to respond) and has prevented Lloyd from fully prosecuting this case.

As seasoned attorneys and litigants to multiple cases in this District, Defendants are aware they are not abiding by Rule 26 and are attempting to take advantage of a pro se litigant thinking Lloyd does not know the laws.

Therefore, Lloyd is requesting a Rule 26 Conference within 4 business days.  Lloyd is also asking for extension of time to file a Second Amended Complaint until Defendants have held a Rule 26 Conference and have fully responded to Lloyds discovery which has already been served.  Lloyd graciously allowed Defendants 2 separate extensions of time to file a Motion to Dismiss (knowing full well there were no settlement talks and this delayed the case by 45 days in which time a Rule 26 Conference should have been held).  Defendants are maliciously trying to take advantage of Lloyd, and delay this case as Lloyd is pro se.  Defendants refuse to release discovery or hold a Rule 26 Conference and instead continue to file Motions to Dismiss.

Susan Lloyd /s/

MOTION TO COMPEL
MOTION FOR EXTENSION OF TIME
4

/s/ Susan Lloyd

929 E Main St #101

Mt Joy, PA 17552

MOTION TO COMPEL
MOTION FOR EXTENSION OF TIME

5

ORDER

A Rule 26 Conference must be held within 4 days of June , 2022.  Discovery is then to be returned to Lloyd within 30 days of the Rule 26 Conference and Lloyds second amended complaint is due within 14 days of the return of discovery.

_____

By the court

MOTION TO COMPEL
MOTION FOR EXTENSION OF TIME

6

CERTIFICATE OF SERVICE

    A copy of this Motion was sent to Jonathan Liu on June 11, 2022 to email on file.

                         Susan Lloyd

                         /s/ Susan Lloyd

                         929 E Main St #101

                         Mt Joy, PA 17552

MOTION TO COMPEL
MOTION FOR EXTENSION OF TIME

7

Plaintiff Susan Lloyd forgot to use pleading paper so sending this back to Court.

Sorry

Susan Lloyd

Sent to: Clerks Office
US District Courthouse
450 Golden Gate Ave
San Francisco, CA
94102