JACOB M. HEATH (STATE BAR NO. 238959)
jheath@orrick.com
JONATHAN J. LIU (STATE BAR NO. 328955)
jonathanliu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:    +1 650 614 7400
Facsimile:     +1 650 614 7401

Attorneys for Defendant
Meta Platforms, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN LLOYD,<br><br>             Plaintiff,<br><br>     v.<br><br>FACEBOOK, INC. et al.,<br><br>             Defendants. | Case No. 3:21-cv-10075-EMC<br><br>**DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(B)(6)**<br><br>Date:          July 21, 2022<br>Time:         1:30 PM<br>Courtroom: Courtroom 5 – 17th Floor<br>Judge:        Hon. Edward M. Chen |

## I. INTRODUCTION

Plaintiff has failed to file an opposition to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint ("FAC") and the time to file an opposition has since passed. Instead of filing an opposition, Plaintiff filed a Motion to Compel a 26(f) Conference and a Motion to Strike Defendants' Motion to Dismiss Plaintiff's FAC. These motions have been independently noticed and are not proper oppositions to Defendants' Motion to Dismiss. Furthermore, both motions wholly fail to address any of the arguments raised in Defendants' Motion to Dismiss Plaintiff's FAC.

As Plaintiff has failed to oppose or respond to Defendant's Motion to Dismiss Plaintiff's FAC, Defendants respectfully request the Court grant Defendants' motion and dismiss Plaintiff's FAC.

## II. PROCEDURAL BACKGROUND

Plaintiff Susan Lloyd filed her original complaint on December 29, 2021 ("Complaint"). Dkt. No. 1. The parties filed and were granted two stipulations to extend time for Defendants to respond to the Complaint. Dkt. Nos. 9-12. Defendants filed their Motion to Dismiss Plaintiff's Complaint on May 25, 2022. Dkt. No. 13. In an attempt to correct the deficiencies in her Complaint, Plaintiff filed a FAC on May 31, 2022, and Defendants again moved to dismiss on June 14, 2022. Dkt. No. 16, 18-19. Dkt. Nos. 18-19. Plaintiff's opposition to Defendants' Motion to Dismiss Plaintiff's FAC was due on June 28, 2022. Dkt. No. 18.

Plaintiff has since filed two motions: a Motion to Compel a 26(f) Conference and for an Extension of Time to File a Second Amended Complaint, and a Motion to Strike Defendant's Motion to Dismiss Plaintiff's First Amended Complaint. Plaintiff has not filed an opposition to Defendants' Motion to Dismiss Plaintiff's FAC.

## III. ARGUMENT

The time to respond to Defendants' Motion to Dismiss Plaintiff's FAC has passed. Dkt. No. 18. While Plaintiff has sought additional time to file a second amended complaint, she has not been granted leave to amend by the Court. And although Plaintiff has filed two motions since Defendants filed their Motion to Dismiss Plaintiff's FAC, she has not filed a proper opposition.

To the extent Plaintiff intended her two additional motions to qualify as responses to Defendants' Motion to Dismiss Plaintiff's FAC, critically, Plaintiff's motions wholly fail to address any of the arguments raised by Defendants' Motion to Dismiss Plaintiff's FAC. *V.V.V. & Sons Edible Oils Limited v. Meenakshi Overseas, LLC*, 946 F.3d 542, 547 (9th Cir. 2019) ("claims can be abandoned if their dismissal is unopposed"). As such, Defendants' respectfully request that this Court grant Defendants' Motion to Dismiss Plaintiff's FAC and dismiss all of Plaintiff's claims with prejudice.

## IV. CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court dismiss the FAC with prejudice.

Dated: July 5, 2022                                         ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                            By:   */s/ Jacob M. Heath*
                                                                  JACOB M. HEATH

                                                                  ATTORNEY FOR DEFENDANT
                                                                  META PLATFORMS, INC.