1  JACOB M. HEATH (STATE BAR NO. 238959)
   jheath@orrick.com
2  JONATHAN J. LIU (STATE BAR NO. 328955)
   jonathanliu@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025-1015
   Telephone:    +1 650 614 7400
5  Facsimile:    +1 650 614 7401

6  Attorneys for Defendant
   Meta Platforms, Inc.
7

8

                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  SUSAN LLOYD,                          Case No. 3:21-cv-10075-EMC

13          Plaintiff,                    **DECLARATION OF JACOB M. HEATH
                                          ISO DEFENDANTS' OPPOSITION TO
14      v.                                PLAINTIFF'S MOTION TO COMPEL**

15  FACEBOOK, INC. et al.,                Date:
                                          Time:
16          Defendants.                   Courtroom:   Courtroom 5 – 17th Floor
                                          Judge:       Hon. Edward M. Chen
17

18

19

20

21

22

23

24

25

26

27

28

1    I, JACOB M. HEATH, declare as follows:

2    I am a member of the California State Bar, admitted to practice before this Court.  I am a

3    partner at Orrick, Herrington & Sutcliffe LLP, and counsel of record for Defendant Meta Platforms,

4    Inc. f/k/a Facebook, Inc. ("Meta").  I make this declaration in support of Defendants Meta and Mark

5    Zuckerberg's Opposition to Plaintiff's Motion to Compel ("Plaintiff's Motion").  I am familiar with

6    the events, pleadings, and discovery in this action and, if called as a witness, I could and would

7    testify competently to the matters stated herein of my own personal knowledge.

8        1.    On May 28, 2022, Plaintiff emailed me and attempted to serve discovery requests

9    on Defendants.  Attached as **Exhibit A** is a true and correct copy of Plaintiff's purported

10   discovery requests and cover email.

11       2.    On June 6, 2022, my colleague Jonathan Liu emailed Ms. Lloyd and informed her

12   that her discovery requests were untimely because the parties had not yet had a Rule 26(f)

13   conference.  Attached as **Exhibit B** is a true and correct copy of that June 6, 2022 email.

14       3.    On July 1, 2022, my colleague Melissa Levin emailed Ms. Lloyd and requested to

15   confer with her regarding her purported discovery.  Ms. Levin informed Ms. Lloyd that General

16   Order 56 had stayed all discovery and requested that she withdraw her motion.  Ms. Lloyd did not

17   respond to this correspondence.  Attached as **Exhibit C** is a true and correct copy of that July 1,

18   2022 email.

19       I declare under penalty of perjury of the laws of the State of California and the laws of the

20   United States that the foregoing is true and correct.

21       Executed on the 7th day of July, 2022 at Oakland, California.

22

23                                          */s/ Jacob M. Heath*
                                            Jacob M. Heath

24

25

26

27

28

- 1 -