Susan Lloyd

929 E Main St #101

Mt Joy, PA 17552

213 321 9999

domino7575@yahoo.com

   Plaintiff

FILED

JUL 27 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Susan Lloyd,

   Plaintiff

V

Facebook, ET AL

   Defendants

Case No  C- 3:21-CV-10075

Judge Chen

MOTION TO FILE SECOND AMENDED COMPLAINT

PLAINTIFF LLOYDS MOTION TO FILE SECOND AMENDED COMPLAINT

On July 22, 2022 at videoconference hearing, Judge Chen seems to be agreeable in allowing lloyd to file a Second Amended Complaint. Lloyds second amended complaint would not be futile and addresses issues Judge Chen brought up at hearing on July 22, 2022. Furthermore, a Defendants will not be prejudiced in any way nor did they object at the hearing in regards to Lloyd filing a second amended complaint.  Therefore, attached is Lloyds second amended complaint which should be filed promptly

Susan Lloyd SML
929 S. Main St
#101 Mt Joy PA 17552