RECEIVED

JUL 27 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

1  Susan Lloyd

2  929 E Main St #101

   Mt Joy, PA 17552

3
   213 321 9999

4
   domino7575@yahoo.com

5       Plaintiff

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8                 SAN FRANCISCO DIVISION

   Susan Lloyd,
9
           Plaintiff              Case No   C- 3:21-CV-10075

10  V                             Judge Chen
                                  Second Amended Complaint
11  Facebook, Inc.                COMPLAINT

12  1601 Willow Rd                DEMAND FOR JURY TRAIL

13  Menlo Park, CA 94025

14  AND

    Meta Platforms, Inc
15
    1601 Willow Rd
16
    Menlo Park, CA 94025

17  AND

18  Mark Zuckerberg

19  1601 Willow Rd

    Menlo Park, CA 94025
20
                   Defendents

21

                        1

LLOYDS SECOND AMENDED COMPLAINT FOR ADA VIOLATIONS, VIOLATIONS OF SECTION 508 OF THE REHABILITATION ACT OF 1973, VIOLATIONS OF UNRUH ACT, FRAUD AND INTENTIONAL MISREPRESENTATION, VIOLATIONS OF CALIFORNIA CONSTITUTION ARTICLE 1, SECTION 1 AND DATA PROTECTION ACT VIOLATIONS, INVASION OF PRIVACY, BREACH OF CONTRACT, NEGLIGENCE AND NEGLIGENT AND/OR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

JURISDICTION

1.Plaintiff claims Federal jurisdiction pursuant to Article III 2 which extends the Jurisdiction to cases arising under the US Constitution. US Constitution and Federal laws were violated and the amount in controversy exceeds 75,000.00. Under 28 USC 1332, federal courts may hear cases in which a Citizen of one state sues a citizen of another state and the amount at stake is more than 75,000.00. In that kind of case, no Defendant may be a citizen of the same state as any Plaintiff which is the case here.

2. This court has subject matter jurisdiction over this action pursuant to 28 USC 1331 and 1343(a)(4)

The court has personal jurisdiction over Defendants because their principal place of business or residence is in California and they conduct and continue to conduct a substantial and significant amount of business in California.

VENUE

3. Venue is proper in California pursuant to 28USC1391(b)(1) as this court has personal jurisdiction over the Defendants.

INTRADISTRICT ASSIGNMENT

4. This lawsuit should be assigned to the San Francisco Division because the Defendants principal place of business is in this Division.

PARTIES

5. Plaintiff Susan Lloyd is a Pennsylvania resident who is a protected class who has been disabled under the ADA since 2006.

6. Defendant Facebook Inc is an online social media and social networking service owned by Meta Platforms.

7.  Defendant Meta Platforms Inc is formerly known as Facebook and is a multinational technology conglomerate. They are the parent organization of Facebook, Instagram and other subsidiaries.

8. Defendant Mark Zuckerberg is the cofounder of Meta Platforms, formerly known as Facebook,  and serves as its chairman, chief executive officer and controlling shareholder. He launched Facebook on February 4, 2004.

FACTS

     Defendants maintain a website called  "Facebook" which they use to make money through third party ads.  They illegally track users even when the user is logged off of Facebook. They also are not accessible under the ADA, Rehab Act and the Unruh Act.  They also have a long history of not abiding by their own Rules which have allowed many people including Lloyd to be abused and threatened by other users on Facebook including threats to rape and murder Lloyd.  Any attempt to resolve this conflict by other means including reporting these other users have failed.

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

1  Defendants have allowed this to occur for 5 plus years now on a

2  continued repeated basis. Defendants refuse to abide by their own

3  Rules or any other federal or state law causing Lloyd to fear for

   her safety and suffer over 100,000.00 in injuries.

4  CAUSES OF ACTION

5   I. VIOLATION OF AMERICANS WITH DISABILITIES ACT

6      Lloyd states the following and includes but not limited to

7  all of the above:

8  9. Under the ADA, websites must be accessible to users with

   disabilities. Since 2018, website accessibility lawsuits have made

9  up ⅓ of all ADA Title 3 claims as per americanbar.org. Title III

10 recognizes websites as places of public accommodation. Defendants

11 own, lease or operate Facebook/Meta which is a place of public

12 accommodation and Plaintiff was denied Public accommodations due

13 to her disability. THe Ninth Circuit has ruled in lawsuit against

   Monster.com and other circuits have already decided that if a

14 website is the Defendants principal place of business then it must

15 be accessible.  Facebook/Meta is Defendants principal place of

16 business as they make income off of ads they sell to their users

17 and Defendants have no other principal place of business.

18 California also has state law which requires websites to be

   accessible. Disabled people have the right to equal access to the

19 goods and services that fellow citizens enjoy.

20 10. Defendants website is not accessible to anybody who has no

21 arms, problems with vision, cannot be viewed in both landscape and

4

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

portrait orientations, font cannot be made bigger, the color combinations are not high contrast enough to be used by individuals with vision impairments, text cannot be resized and/or be readable when resized, form fields do not have visible labels, users are not made aware of any incorrect, missing or errors entered into fields, images, gifs or videos cannot be disabled to prevent seizures, language tabs are not added, there is no accessibility statement, under display and accessibility there is only an option to do dark mode or to make font smaller there is no other accessibility options.  All of this violates the ADA. Plaintiff is in a protected class under the ADA and has visual problems (poor vision, low vision, legally blind in left eye,etc) due to many ada protected disabilities.

11.   Furthermore, Defendants use ads and allow other third parties to advertise on their sites which discriminate against disabled people such as housing which is not ADA accessible and does not allow service dogs.   These ads discriminate against Lloyd as Lloyd has disabilities protected under the ADA and has service dogs.  Upon making Defendants aware of these discriminatory ads, Defendants refuse to remove them.

12.   Defendants are responsible for any content on their site and they refuse to comply with the ADA.

13.   Defendants also allow other users to harass disabled people and make fun of disabilities on their website. Defendants refuse to remove these posts even after they are reported stating they do

5

not violate their community standards so Defendants are stating it

is okay to harass and make fun of disabled people.

Therefore, Lloyd should be awarded damages for this cause of

action.

14. Defendants also allow other users to harass Lloyd and make fun

of Lloyds ADA protected disabilities on their website. Defendants

refuse to remove these posts (harassing Lloyd over her mobility

scooter and oxygen and cigarette smoke sensitivities all of  which

Lloyd uses for her ADA protected disabilities or are part of

Lloyds ADA protected disabilities) even after they are reported

multiple times stating they do not violate their community

standards which is not true as Defendants community standards

specifically state you cannot harass another individual. By

refusing to remove this content, Defendants are stating it is okay

to harass and target a disabled person on their website.

Defendants discrimination towards Lloyd was intentional, willful,

wanton and done with reckless disregard for Lloyd. Defendants

treated Lloyd differently because of her disability.  While they

remove content which harassses a non disabled individual, they

have allowed Lloyd to be harassed since 2016 by the same group of

people led by Joshua Thornsbery. Defendants apply their policies

in a way that targets individuals such as Lloyd with disabilities.

Lloyd also began to encounter accessibility barries with Facebook

in 2020 as her health declined after contracting COVID.  Lloyd is

disabled under the ADA since 2006. Zuckerberg should be held

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

liable under alter ego as CEO of the company as he was personally

involved and/or directed the challenged acts Lloyd states.

Defendants also facilitated discriminatory housing ads as stated

above which allow individuals such as Lloyd who use ADA protected

service dogs to be discriminated in housing and denied housing.

Defendants know through Lloyds reports all of the above is ongoing

and yet they refused to stop any of it for their own greedy

financial gain.  Defendants website Facebook/Meta is used as the

primary place of business for the Defendants to get income

(Billions of dollars a year) by showing ads to its users.  They

refuse to remove the people who harass Lloyd over her ADA

protected disabilities and they refuse to remove their

discriminatory housing ads as it would mean lower income to them

and they would hate to lose a dollar out of any of the billions of

dollars they make every year.  They also refuse to make their

website accessible as required under Federal law as it would mean

spending money to do so and Defendants refuse to spend money to

fix their own issues they have created. Therefore, Lloyd should be

awarded in excess $100,000.00, attorneys fees, court costs, emotional distress.

II.VIOLATIONS OF SECTION 508 OF THE REHABILITATION ACT OF 1973

AGAINST ALL DEFENDANTS

Lloyd repeats the above  and includes but not limited to the

following:

14. Under the Rehab Act, websites must be accessible to users with

disabilities.  California also has state law which requires

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

websites to be accessible. Disabled people have the right to equal

access to the goods and services that fellow citizens enjoy.

15. Defendants website is not accessible to anybody who has no

arms, problems with vision, problems with hearing, cannot be

viewed in both landscape and portrait orientations, font cannot be

made bigger, the color combinations are not high contrast enough

to be used by individuals with vision impairments, text cannot be

resized and/or be readable when resized, form fields do not have

visible labels, users are not made aware of any incorrect, missing

or errors entered into fields, images, gifs or videos cannot be

disabled to prevent seizures, language tabs are not added, there

is no accessibility statement, under display and accessibility

there is only an option to do dark mode or to make font smaller

there is no other accessibility options.  All of this violates the

Rehab Act.

16.  Furthermore, Defendants use ads and allow other third parties

to advertise on their sites which discriminate against disabled

people such as housing which is not ADA accessible and does not

allow service dogs and violates the Rehab Act.  Lloyd was denied

this housing due to her use of a service dog and when Lloyd

reported these discriminatory ads to Defendants, they refused to

remove them as they would lose profits by not being able to show

these ads on their websites.

17.  Defendants are responsible for any content on their site and

they refuse to comply with the ADA and violates the Rehab Act.

8

18.   Defendants also allow other users to harass Lloyd, a person with disabilities on their website by harassing Lloyd over the use of her mobility scooter and oxygen which Lloyd uses for her ADA protected disabilites.  This was all orchestrated by Joshua Thornsbery.   After Lloyd reported these posts dozens of times, each time Defendants state it was not against their community standards to harass Lloyd, a person with disabilities on their website even though it goes against Defendants own rules. Defendants refuse to remove these posts even after they are reported stating they do not violate their community standards so Defendants are stating it is okay to harass and make fun of disabled people. Defendants refuse to remove these posts or the people making them as Defendnats would then lose revenue. Defendants primary place of business is Facebook/Meta and they make revenue by showing Lloyd, Thornsbery and other people ads. Defendants allow Lloyd to be harassed maliciously, willful and wantonly and with total reckless disregard for Lloyd for their own financial gain. This is why Defendants do not make their website accessible as stated in Count I as they would have to spend money to do so and Defendants refuse to lose any revenu whatsoever even at the detriment of Lloyd.  Defendants make billions of dollars a year off of Facebook/meta and they will not let go of a single dollar of it to make things right with Lloyd.  Lloyd began to have problems with accessibility of Defendants website in 2020 when her visual issues began to decline after COVID. These medical problems

1  are protected under the ADA. DEfendants website is not accessible

2  to people with vision issues as described above.  Defendants are

3  required to have their website accessible as it is their principal

   place of business.  This has been upheld in the Ninth Circuit with

4  a case against Monster.com and in multiple other circuits with

5  cases against Fox News, Blue Apron, etc. Defendants acted with

6  discriminatory intent towards Lloyd and treated Lloyd differently

7  due to her disability. Defendants apply its policies in a way that

8  targets people with disabilities. Defendants own, lease and or

   operate Facebook/meta a place of public accommodations.  A website

9  is a place of public accommodations under ADA Title 3. LLoyd was

10 denied a place of public accommodations by Defendants not having

11 their principal place of business (their website) accessible.

12 Zuckerberg is liable under alter ego of the company and he was

13 personally involved and/or directed the challenged acts cited by

   Lloyd.

14 Therefore, Lloyd should be awarded damages for this cause of

15 action: *including actual damages, emotional distress punitive damages, attorneys*
   *fees and court costs in excess of 100,000.00.*

16 III. VIOLATIONS OF CALIFORNIA UNRUH ACT

17     Lloyd repeats the above and includes but not limited to the

18 following:

19 19. California Unruh Act states that all persons are free and

   equal and no matter what their disability is they are entitled to

20 full and equal accommodations, advantages, facilities, privileges,

21 or services in all business establishments of any kind.

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

20.  By not having their website ADA accessible, Defendants violated the Unruh Act.  The Ninth Circuit has ruled in a lawsuit against Monster.com that if a businesses principal place of business is their website, than it must be accessible.  Other circuits have agreed with cases against Fox News, Blue Apron, etc. Defendants website is not accessible to Lloyd, a person with disabilities who is protected under the ADA for her multiple ADA protected disabilities including poor vision.  Defendants website is not accessible to anyone with poor vision. Defendnats also allow others to violate their Rules and harass Lloyd for her ADA protected disabilities sich as her mobility scooter and oxygen which Lloyd uses for her ADA protected disabilities as described above in Counts I and II.  Defendants also allow discriminatory housing ads to be shown on their website such as places that refuse service dogs even though they are not allowed to do so under Federal Law. Lloyd has been denied housing from these discriminatory ads as she has a service dog and when any of this was reported to Defendants, they state that this does not violate their community standards when clearly it does. Defendants acted with discriminatory intent towards Lloyd for the sole purpose of financial gain.  Defendants have revenue in excess of billions of dollars a year and they refuse to lose a dollar of it and they would lose revenue if they stopped these discriminatory ads as ads are Defendnats sole source of revenue.  Defendants also refuse to fix their website to be accessible for the same reason and to

1 delete people who harassed Lloyd as again it would cost them money

2 as they would lose money to revamp their website and they would

3 lose money by banning Thornsbery and others as they would not be

allowed to show them ads anymore. Defendants treated Lloyd

4 differently because of her disability. Non disabled people are

5 able to enjoy Defendants website when Lloyd cannot. Defendants

6 apply its policies in a way that targets people with disabilities.

7 Lloyd began to encounter barrier issues with Defendants website in

8 2020 when her health began to decline after COVID. LLoyds vision

disabilities are protected under ADA. Defendants website is not

9 accessible to anyone with poor vision such as Lloyd. DEfendants

10 own.operate and/or lease a place of public accommodation and Lloyd

11 was denied public accommodations since 2020 due to her disability.

12 Under Title 3, a website is a place of public accommodations and

13 as stated above, Facebook/Meta is Defendants principal place of

business where their sole income is showing ads to people using

14 their site (billions of dollars a year)so it must be accessible.

15 Zuckerberg should be held liable as he is alter ego of the company

16 and personally involved and/or directed the challenged acts Lloyd

17 states.

18 Lloyd is entitled to damages for this claim. including actual damages, emotional Distress, attorneys fees court costs in excess of 100,000.00

19 IV. FRAUD AND INTENTIONAL MISREPRESENTATION

Lloyd repeats all of the above and includes but not limited to the

20 following

21

21.   Fraud under california law occurs when a Defendant represented to another a fact that was not true, the representation was actually false, the Defendant knew the representation was false, the Defendant intended the other person to rely on the representation, the other person did rely on the representation, the other person was harmed by the reliance, the Plaintiffs reliance was a substantial factor in the harm suffered.

22.   Facebook Statement of Rights and Responsibilities, states that Facebook enables people to connect with each other, build communities and grow businesses.  In order to use Facebook, you must use the same name that you use in everyday life, create only one account, not share your password, give access to your facebook account to others or transfer your account to anyone else.  You are not allowed to share content that is at the expense of safety and well being of others or the integrity of the community. You may not violate the Community Standards.  You may not post information that is unlawful, misleading, discriminatory, or fraudulent or that infringes on someone elses rights. Facebook states they take seriously their role in keeping abuse off of their service. Facebook states they are committed to making facebook a safe place and expression that threatens people has the potential to intimidate, exclude or silence others and is not allowed.  Facebook also states they are committed to protecting privacy and information. Facebook also states that people will

respect the dignity of others and not harass or degrade others. Facebook also states they can disable accounts and contact law enforcement when there is a risk of physical harm or personal safety. They also state they do not allow organizations or individuals that proclaim a violent mission to have presence on Facebook.  They also regulate the sell of firearms on their site. They also will reomve any content that depicts, threatens or promotes sexual violence, sexual assault or sexual exploitation. They also state they remove content thats meant to degrade, shame, bully or harass private individuals.  They also state they will not allow others to post personal or confidential information about yourself or others.  They will remove content that shares, offers or solicits personally identifiable information. They will also not allow hate speech among other things.

23.  All of the above is fraudulent and intentional misrepresentation by the Defendants. Facebook has allowed since 2016 for over 500 people to harass and bully Lloyd on Facebook, led by Joshua Thornsbery.  Many of these people do not use their real names such as Robin White who goes by Harley Angel.  They also create multiple accounts, share their passwords and have testified that they give access to other people for their accounts.  They share content to threaten Lloyd.  They post about illegal drugs they use and they post about firearms they are attempting to purchase.  They have threatened to rape and murder Lloyd for over five years and each time they have been reported,

Lloyd and others were told it does not violate community standards.  They have threatened on Facebook to shoot Lloyd in the chest with a gun, choke Lloyd to death, murder Lloyd for 50.00, get rid of Lloyd for a small fee,rape Lloyd, put Lloyd in a cemetery,  blow up Lloyds house, they post Lloyds picture and Lloyds address.  They brag about hallucinating from drug use. They post pictures of guns and state Lloyd will be in a cemetery. They organize through facebook events so they could come to Lloyds house and further harass Lloyd.  Thornsbery admits to organizing over 500 of his facebook friends to threaten to harass Lloyd for over a 5 year period.  Thornsbery admits that he uses Facebook to threaten Lloyd.  They use Facebook to harass Lloyd over her ADA protected disabilities such as Lloyds scooter and oxygen and service dog.  They also use Facebook to body shame Lloyd and make fun of Lloyds weight gain.  They also state they will get the Hells Angels to harass Lloyd and post pictures of themselves at the Hells Angels events for Portage County Ohio.  The Department of Justice on April 29, 2021 states Outlaw Motorcycle Gangs (OMGs) are organizations whose members use their motorcycle clubs as conduits for criminal enterprises.  OMGs are highly structured criminal organizations whose members engage in criminal activities such as violent crime, weapons trafficking, and drug trafficking. There are more than 300 active OMGs within the United States, ranging in size from single chapters with five or six members to hundreds of chapters with thousands of members worldwide.  The

15

1  <u>Hells Angels, Mongols, Bandidos, Outlaws, and Sons of Silence pose</u>

2  <u>a serious national domestic threat and conduct the majority of</u>

3  <u>criminal activity linked to OMGs, especially activity relating to</u>

<u>drug-trafficking and, more specifically, to cross-border drug</u>

4  <u>smuggling. Because of their transnational scope, these OMGs are</u>

5  <u>able to coordinate drug smuggling operations in partnership with</u>

6  <u>major international drug-trafficking organizations (DTOs).</u>

7  And yet, Facebook allows the Hells Angels to have pages on their

site where they can organize and have gatherings.  Mr Thornsbery

8  and over 500 of his friends belong to many motorcycle gangs

9  including the Hells Angels.  They threaten to have the Hells

10  Angels murder Lloyd.

11  Besides threatening to murder Lloyd, they also allow Thornsebry

12  and over 500 of his friends to threaten to rape Lloyd on their

13  site. They allow them to also post where Lloyd is so others can

show up and harass Lloyd such as Staci Dalton Liddle who posted

14  that Lloyd was at Streetsboro Ohio library. They allow Thornsbery

15  and his friends to post lloyds picture, Lloyds address, pictures

16  of Lloyds property among many other things so others know where

17  Lloyd lives so they can also harass Lloyd.  They even post that

18  they will sit in front of Lloyds house to harass Lloyd.  This has

19  gone on for 5 years and Defendants refuse to ban these 500 people

from their sites and they allow this behavior to continue towards

20  Lloyd, a disabled person.  They even allow them to brag on

21  facebook that they pissed on Lloyds fence, damaged Lloyds fence,

blow cigarette smoke at Lloyd while she is on oxygen, post
pictures of Lloyds cameras and state how they can get around
Lloyds security system and how they can use signal jammers to
block Lloyds cameras which they did, forcing Lloyd to reinstall
wired cameras.  They even brag on Facebook about having large
massive illegal fires which were determined to be illegal by the
EPA and they do this to harass Lloyd knowing Lloyd has breathing
troubles.  They even state they will all go to Thornsberys to
maliciously and purposefully harass Lloyd.  They even talk about
other ways they can murder and injure Lloyd.  They brag about
revving up motorcycles in the middle of the night to harass Lloyd
and they brag about other ways they can injure Lloyd on Facebook.
There is hundreds if not thousands of posts all dedicated to Lloyd
and how they will injure, murder and harass Lloyd.  It is truly
frightening and the majority of these people have severe criminal
records including Thornsbery who stated he will choke Lloyd to
death on Facebook.  He has a 20 year history of throwing a woman
to the ground twice, punching holes in his mothers walls and other
violent crimes and yet Defendants allow him to organize well over
500 people and counting to threaten to rape and murder Lloyd,
bully and harass Lloyd since 2016.  Thornsbery admits to owning
over 50 deadly weapons and admits to organizing these people to
harass and threaten Lloyd and admits this is ongoing through
Facebook.

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

24.  As  a direct result of the Defendants allowing this to continue for 5 plus years, Lloyd fears for her safety and has fled the State of Ohio.  Thornsbery however, admits to hacking into Lloyds Facebook page and found out Lloyd is residing in the state of Pennsylvania where he admits to still having well over 500 of his friends organized through Facebook to harass Lloyd.

 25. It is clear Defendants represented to Lloyd a fact that was not true, the representation was actually false, the Defendant knew the representation was false, Defendants intended Lloyd to rely on the representation, Lloyd did rely on the representation, Lloyd was harmed by the reliance, Lloyds reliance was a substantial factor in the harm suffered.

26.  These posts by Thornsbery and over 500 of his friends directed towards Lloyd has been reported hundreds of times over the past 5 years via Facebook and certified letters with copies of the posts mailed to Defendants.  Defendants violate their own Regulations by allowing this behavior to go on for 5 plus years after being made aware of this since 2016. Defendants each time have stated these posts do not go against their community standards which is simply not true.  Defendants have allowed this to continue for their own financial gain as Defendants make money off of Thornsbery and the others harassing Lloyd by showing them ads.  This is the only reason why they refuse to remove these posts and these people violating their community standards by threatening and harassing Lloyd for over 5 years. Since Defendants

18

1  have refused to stop this behavior, Thornsbery and others have

2  been able to recruit even more people to threaten Lloyd through

3  the use of Facebook.  Defendants violate their own contract with

4  Lloyd. Section 230 does not allow Defendants to be immune when the

   posts involve threats to murder and rape Lloyd. They even organize

5  others to gang stalk Lloyd through the use of Facebook who state

6  they will sit outside Lloyds house and watch Lloyd.

7  Defendants intended to commit fraud. Any reasonable person would

8  rely on Defendants statements and/or representations.  Defendants

   did this to induce Lloyd to use their website and in fact induced

9  Lloyd to do so.  It was reasonable for Lloyd to rely on Defendants

10 representations. Defendants make false representations on their

11 website for financial gain as they make money by showing their

12 users ads and this is why they refuse to ban people who violate

13 their contracts. As a result of Defendants intentional, false,

   reckless, willful and wanton misrepresentations, Lloyd suffered

14 injuries.  Zuckerberg should be held liable also as alter ego as

15 he knew about this and/or directed others to do so.

16

17 Therefore, Lloyd is entitled to damages for this claim. *including*
   *(actual damages, emotional distress, attorneys fees, punitive, Court costs.)*
   V.  VIOLATIONS OF CALIFORNIA CONSTITUTION ARTICLE 1, SECTION 1 AND

18 DATA PROTECTION ACT VIOLATIONS

19 Lloyd repeats all of the above and states the following which

20 includes but not limited to

21

27. California Constitution Article I, Section I states that each citizen has an inalienable right to pursue and obtain privacy.  It is even a crime in California to access and without permission use, misuse, abuse, damage, contaminate, disrupt or destroy a computer.  California law also requires a business to notify any person whose information was acquired by an unauthorized person.  It is also illegal to record any telecommunications without permission.

28.  Lloyd never gave Facebook any permission to track her while she is on her computer or any other electronic device and not logged into Facebook.

29.  Facebook has no authority to track Lloyd on her computer or electronic devices when she is not logged into Facebook and Lloyd never gave Defendants permission to store her credit card information nor has Lloyd ever given defendants her cc information. Lloyds information when logged off Facebook is sensitive, confidential and relates to personal decisions or personal activities. Defendnats have collected data on Lloyd which is sensitive and confidential and states they can even keep Lloyds credit card information forever.  Lloyd has never used her credit card information on Facebook, only at third party websites when logged off of Facebook such as Amazon, Chewy, etc. Lloyd has a reasonable expectation of privacy when she is logged out of Facebook doing other personal things. Defendants conduct constitutes egregious invasion of privacy and an egregious breach

PCOUDI (C/AND AMSINDCD COMPLAINT

of social norms. This disclosure of Lloyds private information would be offensive to any reasonable person and Lloyd was not only offended but downright disgusted and frightened by it which caused Lloyd severe emotional distress. Lloyd is tracked by Defendants so they can show her ads for their own sole financial gain. As a result Defendants collected unlawful profits while Lloyd suffered concrete and particularized harm. Defendants publicized Lloyds private information such as her address, picture, and medical conditions on their website. Thornsbery admits to this information being seen by well over 500 people. It was actually seen by alot more, anybody on Facebook, as Thornsberys page is set to public which means anybody on Facebook could see this information. Lloyd made Defendants aware her privacy was being violated by themselves and others through certified letters and reporting it on Facebook. Defendants have allowed this to occur anyways in violation of their own contracts with Lloyd where Defendants state they will protect the privacy of its users. Defendants made certain that the public could view Lloyds private information. Defendants also use cookies and other illegal plug ins to track and save information about Lloyd (when Lloyd is logged off of Facebook and doing private information on other third party sites) including Lloyds credit card information so they can sell this information to its advertisers. Defendants have settled multiple lawsuits in regards to the same issues Lloyd is complaining about and yet refuses to settle the case with Lloyd and continued to track Lloyd on third

21

( i n y u l   3 E C O N D   A m s n D z D   ( o m o L A i N )

1   party sites. Re:Internet Tracking litigation, US District Court,

2   Northern District California, No 12-md-02314.Defendants violated

3   Federal and State Privacy Laws along with wiretapping by tracking

    Lloyd.  They even crossed state lines to do so as Lloyd is in

4   Pennsylvania and Defendants are in California which makes their

5   activities a Federal crime. Defendants unlawfully compiled Lloyds

6   user data including Lloyds browser history on her Laptop, kindle

7   and phone so they can sell to 3rd parties ads to target to Lloyd

    so they can make profits. This disclosure would be offensive to

8   any reasonable person and it is obvious that is the case as there

9   is many lawsuits in regards to these same issues against

10  Defendants which they have settled or are still pending such as

11  Lloyds.  Defendants had to pay a 5 billion dollar fine in 2019 and

12  on Feb 15, 2022, was sued by the Texas Attorney General for these

13  very reasons.  Lloyd also recently reported them to the

    Pennsylvania Attorney General as Defendants continue this same

14  behavior towards Lloyd even after being sued by Lloyd. Facebook

15  allows users to threaten Lloyd also for this very reason.  They

16  make money off of ads they show to Lloyds abusers whikle they also

17  track them on third party sites.  Defendants value profit over the

18  safety of their users. On Feb 18, 2022 (while this case was

    pending), Defendants agreed to pay 90 million dollars to settle

19  Data Privacy Lawsuits in regards to this same issue with other

20  people and yet Defendants refuse to settle with Lloyd even though

21  Lloyd gave them a much lower settlement offer at the onset of this

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

1  case. Defendants made public disclosures in regards to Lloyds

2  private information. These disclosures violated Lloyds privacy

3  rights and/or defamed Lloyd in a false light. The information

4  disclosed by Defendants was falsifying or violated Lloyds right to

   privacy. Any average person would consider the information

5  offensive, and any reasonable person would suffer loss of

6  reputation, shame or danger and ascertainable financial losses.

7  30.   Facebook continues to track Lloyd when she is not logged into

8  facebook and is using other third party sites such as Chewy.com,

   Target. Com, etc.

9
   31.   The minute Lloyd logs back into her Facebook account, ads

10 from these other third party sites immediately show up on Lloyds

11 facebook account.

12 32.   Lloyd never gave permission for this to occur and it is

13 illegal for Defendants to do this.

   Therefore, Lloyd should be awarded damages for this claim including
14 actual financial damages, emotional distress, punitive, court costs, attorney fees.
   VI. INVASION OF PRIVACY
15
   Lloyd repeats all of the above and includes but not limited to the
16 following

17 33. California Constitution Article I, Section I states that each

18 citizen has an inalienable right to pursue and obtain privacy. It

   is even a crime in California to access and without permission
19
   use, misuse, abuse, damage, contaminate, disrupt or destroy a
20
   computer. California law also requires a business to notify any
21
   person whose information was acquired by an unauthorized person.

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

1  It is also illegal to record any telecommunications without

2  permission. Lloyd never gave Defendants any permission to keep her

3  credit card information that she never used on Facebook and/or

   track her while she is on her laptop, kindle or phone or any other

4  electronic device and not logged into Facebook. Lloyd claims a

5  legally protected privacy interest.  Lloyd had a reasonable

6  expectation of privacy and Defendants invaded Lloyds privacy.

7  Defendnats have no authority to track Lloyd on any of her

   electronic devices when she is not logged into Facebook.  They

8  even did this across state lines (Lloyd is in Pennsylvania and

9  Defendants are in California), which makes this a Federal crime.

10 Lloyd recently reported this to PA Attorney general as Defendants

11 continued this behavior even after Lloyd filed this lawsuit.

12 Lloyds information when logged off Facebook is sensitive, and

13 confidential and relates to personal decisions or personal

   activities. Defendants have collected data on Lloyd  which is

14 sensitive and confidential. Lloyd had a reasonable expectation of

15 privacy when she is logged out of Facebook doing personal things

16 on her electronic devices. Defendants conduct constitutes

17 egregious invasion of privacy and an egregious breach of social

18 norms. This disclosure of Lloyds private and personal information

19 would be offensive to any person and was offensive to Lloyd and

   caused Lloyd severe emotional distress. As a result Facebook

20 collected unlawful profits while Lloyd suffered concrete and

21 particularized harm. Defendants also publicized Lloyds private

24

INSERT DOCUMENT TITLE (e.g. MOTION TO STRIKE)

7 1 bnt SECOND AMGNDLD COMPLAINT

1  information such as her address and medical conditions on their

2  website. Thornsbery admits to this being seen by at least 500

3  people and many more saw it as Thornsbery's posts was set to

   public which means anybody on Facebook can see this information.

4  Lloyd made Defendants aware of this via Facebook and certified

5  letters sent to Defendants but they refused to remove the content

6  stating it does not go against their community standards.

7  DEfendants use cookies and other plug ins to track Lloyd while she

8  is logged off facebook and on other third party sites so they can

   sell Lloyd ads.  They also retain Lloyds credit card information

9  which is used on these 3rd party sites and then sell this

10 information to others. Facebook has settled multiple other

11 lawsuits in regards to the issues Lloyd is complaining about but

12 refuse to settle with Lloyd and in fact continue to track Lloyd.

13 Defendants unlawfully compiled Lloyds user data including browsing

   history to sell to 3rd parties to target ads to Lloyd. This

14 disclosure is offensive to Lloyd and many other 3rd parties based

15 on the number of lawsuits Defendants have against them or have

16 settled in regards to this matter and the fines they have paid in

17 regards to this matter including a 5 billion dollar fine in 2019

18 and a recently filed lawsuit by the Texas Attorneys Generals

19 office.  Lloyd has reported this to the PA attorney general also.

   Defendants value profit over the safety and privacy of its users.

20 Defendants made public disclosures in regards to Lloyds private

21 information which violated Lloyds privacy rights or defamed Lloyd.

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

1  Any reasonable person such as Lloyd would consider the information

2  offensive and would suffer loss of reputaion, shame or danger.  A

3  person is liable for constructive invasion of privacy when they

   capture, any type of visual image, sound recording or other

4  physical impression of the Plaintiff engaging in a private,

5  personal or familial activity, through the use of any device, when

6  this could not have been achieved without a trespass unless the

7  device was used.

8  34. A person who commits this act is liable for up to three times

   the amount of any damages.

9  35.  A person who causes another person to violate this provision

10  is also liable for damages. Zuckerberg is liable under alter ego

11  as he was personally involved and/or directed someone else to

12  violate Lloyds privacy right.

13  36.  Defendants have used an illegal device to track Lloyd on her

14  computer and other electronic devices so they can make money off

   of ads they then show Lloyd on her Facebook page.  This illegal

15  device is used when Lloyd is signed off of Facebook and is on

16  other third party sites such as Chewy.com, Target.com, etc

17  37.  Defendants are also liable for third parties invasion of

18  privacy by allowing Thornsbery and over 500 of his Facebook

   friends to post Lloyds address, post pictures of Lloyd, post

19  pictures of Lloyds property, post about Lloyds disabilities, post

20  about Lloyds medical conditions including Lloyds scooter and

21  oxygen, post Lloyds location, so others would threaten and harass

1  Lloyd.  Defendants have known about this behavior since 2016 and

2  refuse to stop it.

3  Therefore, Lloyd is entitled to damages for this claim: *including*
   *actual damages, emotional distress, punitive [ court costs, attorneys fees.*

VI. BREACH OF CONTRACT

4

5  Lloyd repeats all of the above and includes but not limited

to the following:

6  38. Facebook Statement of Rights and Responsibilities, states that

7  Facebook enables people to connect with each other, build

communities and grow businesses.  In order to use Facebook, you
8
must use the same name that you use in everyday life, create only
9
one account, not share your password, give access to your facebook
10
account to others or transfer your account to anyone else.  You
11
are not allowed to share content that is at the expense of safety
12
and well being of others or the integrity of the community. You
13
may not violate the Community Standards.  You may not post

14 information that is unlawful, misleading, discriminatory, or

fraudulent or that infringes on someone elses rights. Facebook
15
states they take seriously their role in keeping abuse off of
16
their service. Facebook states they are committed to making
17
facebook a safe place and expression that threatens people has the
18
potential to intimidate, exclude or silence others and is not

19 allowed.  Facebook also states they are committed to protecting

privacy and information. Facebook also states that people will
20
respect the dignity of others and not harass or degrade others.
21
Facebook also states they can disable accounts and contact law

(Lloyds  INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)
        SECOND AMENDED COMPLAINT

1  enforcement when there is a risk of physical harm or personal

2  safety. They also state they do not allow organizations or

3  individuals that proclaim a violent mission to have presence on

   Facebook.  They also regulate the sell of firearms on their site.

4  They also will reomve any content that depicts, threatens or

5  promotes sexual violence, sexual assault or sexual exploitation.

6  They also state they remove content thats meant to degrade, shame,

7  bully or harass private individuals.  They also state they will

8  not allow others to post personal or confidential information

   about yourself or others.  They will remove content that shares,

9  offers or solicits personally identifiable information. They will

10 also not allow hate speech among other things.

11 39.  Defendants refuse to abide by their own rules and

12 regulations. Even after being made aware of Violations by other

13 third parties via certified letters and this lawsuit, Defendants

   refuse to take action for the past five years.  Defendants are not

14 immune under 230 as these third parties threatened to murder and

15 rape Lloyd and threats are not covered under section 230.  The

16 court of Appeals for First District of Texas required Defendants

17 to not only remove their own posts but the posts of other 3rd

18 parties. Facebook refused to remove these same comments that a

   court forced deletion of. Section 230 does not shield a company

19 from  legal liability when these posts include threats against

20 someones life and criminal activity. Facebook actually uses

21 algorithms which attract Thornsbery and others to make these

posts. Thornsbery and over 500 of his friends threaten to murder and rape Lloyd on Facebook and brag about damaging Lloyds property and drug use and even brag about hallucianting from drug use. They also use Facebook to organize more crimes against Lloyd including threats to have the hells Angels murder Lloyd. Defendnats have allowed this to occur since 2016 all the while Ohio and other states form bills to prevent threats and harassment on Facebook. Facebook is even aware that people under similar conditions usch as Lloyd have committed suicide and Lloyd has been diagnosed with PTSD as a result of Defendants actions of allowing others to threaten Lloyd for 5 plus years. In fact, more recently Facebook allowed the Uvalde school shooter to post he is going to shoot his grandmother, then he shot his grandmother, and then to post he is going to shoot up the Elementary School where he proceeded to kill 19 students and 2 teachers. Facebook has even allowed live streaming of murders such as Steve Stephens murdering Robert Godwin Sr in Cleveland Ohio and in 2017 allowed torturing of a man with special needs to be livestreamed on Facebook in Chicago. These videos of murder and torture have gone viral thanks to Facebook. Defendants have an obligation to remove threats towards Lloyd so she feels safe on their site under their own contracts with Lloyd. Defendants violated their own contracts with Lloyd. No user has Freedom of Speech with their comments directed towards Lloyd as Lloyd is a private citizen. Zuckerberg as an alter ego is liable for orchestrating this attack towards Lloyd on facebook.

Lloyns second Amendmen complaint

40.   As a direct result Lloyd is a victim of harassment and threats to murder her due to Defendants reckless behavior.  This has led Lloyd to fear for her safety for 5 plus years.

Therefore, Lloyd should be awarded damages for this claim *including (actual damages, emotional distress), Punitive, (court costs @attorney fees.*

VII.   NEGLIGENCE AND NEGLIGENT *INTENTIONAL* INFLICTION OF EMOTIONAL DISTRESS

Lloyd repeats all of the above and includes but not limited to the following:

41. Under California Law, emotional distress damages can be claimed by someone who is a victim of anothers wrongful act. Serious emotional distress exists if an ordinary reasonable person would be unable to cope with the mental stress engendered by the circumstances.  The Defendant must exhibit negligent conduct and the Plaintiff suffered as a result.

42.   Defendants were negligent by violating their own contract with Lloyd.  Defendants falsely state that Facebook will be a safe place for all to use.  Instead, they have allowed over 500 people to talk about drug abuse on Facebook to the point they hallucinate, and then threaten to murder and rape Lloyd.  They also allow organized crime activities such as the Hells Angels to have organized activities on Facebook and to discuss their meetings on facebook.  This same group has threatened to murder Lloyd.

Lloyd fears for her safety, has had severe emotional distress to the point she is undergoing counseling from PTSD and will never be the same again as a direct result of the Defendants allowing 500

30

1   people and counting to threaten to rape and murder Lloyd.   Any

2   reasonable person would fear for their safety as a result of the

3   Defendants negligence and fraud. Defendants owed a duty to Lloyd

    under their own contracts with Lloyd.   Furthermore, under the law

4   everybody has a duty not to harm anyone else. Lloyds emotional

5   distress rose out of Defendants fraud, negligence, breach of their

6   own contract and their own duty towards LLoyd.   Their conduct was

7   intentional, reckless, willful and wanton.   They have shown

8   indifference to Lloyd and treated Lloyd differently than they

    treated non disabled users of their websites. Defendants conduct

9   put Lloyd at risk of severe physical harm and death as over 500

10  people threaten to rape and murder her under direction of Joshua

11  Thornsebry on Facebook and Defendants have allowed it for 5 plus

12  years.   Defendants are not immune under Section 230 as their is

13  threats to murder lloyd such as they will shoot Lloyd in the chest

14  with a gun, they will rape Lloyd, they will choke Lloyd to death,

    they will put Lloyd into a cemetery, they will blow up Lloyds

15  house, they peed on Lloyds fence, they damaged Lloyds fence, they

16  will damage other sections of Lloyds house, etc. Lloyd has

17  reported these posts to Defendants via Facebook, via certified

18  letters and through this lawsuit and yet they refuse to do

    anything. Facebook allows this to continue for their own financial

19  gain as they would lose money by banning these people as they sell

20  them ads to make profits.

21  Therefore Lloyd should be entitled to damages for this claim

31

JURY TRAIL DEMAND

    Lloyd demands a jury trail for all causes of actions

ARTICLE III COURT DEMAND

    Lloyd declines a magistrate and requests this case be in an Article III court at all times.

DEMAND

1.  Permanent ban of Joshua Thornsebry and any and all of his Facebook friends who have bullied, harassed, and threatened Lloyd and permanent removal of any posts in regards to Lloyd.

2. Compensatory damages well in excess of 100,000.00 including lawyers fees, actual damages, punitive damages, intentional emotional distress damages

3. Force Defendants to make their websites ADA compliant as required by law

4. Force Defendants to make their websites safe for all users and to use a system of real people and not computer algorithms to investigate complaints.

5. Force Defendants to not invade their users privacy when they are logged off of Facebook.

6. Force Defendants to give Lloyd a list of all third parties who they have given Lloyds information to

*Susan Lloy*
*Jim L*
*424 E. Main St*
*#101*
*Watsonville*
*17052*

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)
*Lloyd v Lloyd Amended Complaint*

1   I declare under penalty of perjury under the laws of the State of

2   California that the foregoing is true and correct. Today's Date:

3   __July 24, 2022_____

4   _____susan lloyd _____ PRINT YOUR NAME

    _____ SIGN YOUR NAME

5

6                                          Susan Lloyd

                                           /s/ Susan Lloyd

7                                          929 E main St #101

8                                          Mt Joy, PA 17552

9

10

11

12

13

14

15

16

17

18

19

20

21

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)  LLOYDS SECOND AMENDED COMPLAINT

1  CERTIFICATE OF SERVICE

2  A copy of Lloyds second amended complaint was served via email to

3  Joanthan liu and via ups  to Orrick, Herrington and Sutcliffe law

   firm 1000 Marsh Rd Menlo Park, CA  94025 On July 24, 2002

4                                         Susan Lloyd

5                                         /s/ Susan Lloyd

6                                         929 E Main St #101

7                                         Mt Joy, PA 17552

8

9

10

11

12

13

14

15

16

17

18

19

20

21

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)