1  JACOB M. HEATH (STATE BAR NO. 238959)
   jheath@orrick.com
2  JONATHAN J. LIU (STATE BAR NO. 328955)
   jonathanliu@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025-1015
   Telephone:    +1 650 614 7400
5  Facsimile:    +1 650 614 7401

6  Attorneys for Defendant
   Meta Platforms, Inc.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  SUSAN LLOYD,                          Case No. 3:21-cv-10075-EMC

13              Plaintiff,                **DEFENDANTS' STATUS REPORT ON
                                          THE PARTIES' SETTLEMENT
14        v.                              EFFORTS**

15  FACEBOOK, INC. et al.,

16              Defendants.               Judge:        Hon. Edward M. Chen

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE COURT:**

Defendants Meta Platforms, Inc. ("Meta") and Mark Zuckerberg submit this Status Report on the Parties' Settlement Efforts.

During the Court's July 22, 2022 hearing on Defendants' Motion to Dismiss Plaintiff Susan Lloyd's First Amended Complaint, the Court suggested that the Parties attempt to undertake alternative dispute resolution efforts to resolve this matter. Defendants believe that alternative dispute resolution is not appropriate or feasible at this time.

Prior to Defendants' filing their Motion to Dismiss Plaintiff's Original Complaint on May 25, 2022 (Dkt. 13) ("Motion to Dismiss"), Defendants had multiple discussions with Ms. Lloyd regarding a potential resolution of this matter. The Parties also discussed potential resolution via email throughout April 2022 and May 2022, as well as after Meta filed its first Motion to Dismiss.[1] Defendants have determined that resolution through alternative dispute resolution is not currently feasible, given Ms. Lloyd's settlement demands. Additionally, Defendants continue to believe that alternative dispute resolution is not appropriate at this time, given the strong arguments for dismissal raised in Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

Dated: July 28, 2022

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  /s/ Jacob M. Heath
JACOB M. HEATH

Attorney for Defendant
META PLATFORMS, INC.

---

[1] Defendants contacted Ms. Lloyd on July 27, 2022 to inform her of Defendants' intention to file the present Status Report.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I am employed in the County of San Mateo, State of California.  I am over the age of 18 years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025.  On July 28, 2022, I served the following document(s) entitled:

　　1.  **DEFENDANTS' STATUS REPORT ON THE PARTIES' SETTLEMENT EFFORTS**

on all interested parties to this action in the manner described as follows:

☒　　**(VIA EMAIL)** On July 28, 2022, via electronic mail in Adobe PDF format the document(s) listed above to the electronic address(es) set forth below.

☒　　**(VIA U.S. MAIL)** On July 28, 2022, by placing a true copy of the document(s) listed above in an envelope, with postage thereon fully prepaid, addressed as set forth below and then sealing the envelope and depositing it in the U.S. mail at Menlo Park, California.

Susan Lloyd (ProSe Plaintiff)
929 E Main St #101
Mount Joy, PA 17552-9347

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on July 28, 2022, at Fremont, California.

*/s/ Sema Virrueta*　　　　　　　　　
Sema Virrueta

---

1
DEFENDANTS' STATUS REPORT ON PARTIES' SETTLEMENT EFFORTS
Case No. 3:21-cv-10075-EMC