OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** July 22, 2022         **Time:** 2:30-2:57         **Judge:** EDWARD M. CHEN
                                17 Minutes

**Case No.**: 21-cv-10075-EMC         **Case Name:** Lloyd v. Facebook, Inc.

**Pro Se Plaintiff:** Susan Lloyd
**Attorney for Defendant:** Jacob Heath

**Deputy Clerk:** Vicky Ayala         **Court Reporter:** Ruth Ekhaus

**PROCEEDINGS**

Motion to Dismiss - held

**SUMMARY**

Matter taken under submission.