JACOB M. HEATH (STATE BAR NO. 238959)
jheath@orrick.com
JONATHAN J. LIU (STATE BAR NO. 328955)
jonathanliu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:    +1 650 614 7400
Facsimile:     +1 650 614 7401

Attorneys for Defendant
Meta Platforms, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN LLOYD, | Case No. 3:21-cv-10075-EMC |
| Plaintiff, | **STATUS REPORT** |
| v. | |
| FACEBOOK, INC. et al., | Judge:    Hon. Edward M. Chen |
| Defendants. | |

**TO THE COURT:**

Defendant Meta Platforms, Inc. ("Meta" or "Defendant") submits this Status Report[1] pursuant to the Court's September 17, 2024, Order.  Dkt. No. 63.

On February 8, 2023, this Court granted Defendant Meta and Defendant Mark Zuckerberg's Motion to Dismiss, which dismissed all of Plaintiffs claims.  Dkt. No. 52.

Plaintiff appealed to the Ninth Circuit Court of Appeals.  On July 8, 2024, the Ninth Circuit affirmed this Court's dismissal of all of Plaintiff's claims except for the breach of contract claim, which the Ninth Circuit remanded after determining that dismissal of Plaintiff's other claims did not defeat diversity jurisdiction at this stage.  Dkt. No. 59.

On September 26, 2024, Plaintiff petitioned the US Supreme Court for a writ of certiorari.  U.S. Supreme Court, Dkt. No. 24-5699; *see also* 9th Circuit Court of Appeals, Dkt. No. 23-15318.  Plaintiff's petition was denied on November 4, 2024.  Dkt. No. 65.

Defendant respectfully requests that the Court now consider Defendant Meta and Defendant Mark Zuckerberg's October 25, 2022, motion to dismiss Plaintiff's Third Amended Complaint, which is fully briefed.  Dkt. Nos. 46 – 48.  Neither the Ninth Circuit, in affirming this Court's dismissal of all of Plaintiff's other claims, nor this Court, when it granted said Motion to Dismiss, considered the merits of Defendant Meta and Defendant Mark Zuckerberg's arguments for dismissal of Plaintiff's sole remaining breach of contract claim.  See, Dkt. Nos. 52, 59.  Defendant Meta and Defendant Mark Zuckerberg's motion is therefore ripe for consideration now.

It is Meta's understanding that Plaintiff does not agree with Defendant's position on the aforementioned Motion to Dismiss.

---

[1] Meta's counsel emailed Plaintiff on November 18 with a draft joint status report for her review.  Plaintiff responded noting her disagreement with a portion of the status report regarding Meta's Motion to Dismiss.  Meta's counsel circulated a revised draft in the morning Pacific time of November 19, but has not heard back from Plaintiff as of the time of filing.  Meta therefore submits this status report individually.

| | | |
|---|---|---|
| Dated: November 19, 2024 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By: | */s/ Jacob M. Heath* <br> JACOB M. HEATH |
| | | Attorney for Defendant <br> META PLATFORMS, INC. |

**PROOF OF SERVICE**

I am employed in the County of San Mateo, State of California.  I am over the age of 18 years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025.  On November 19, 2024, I served the following document(s) entitled:

**1.    STATUS REPORT**

on all interested parties to this action in the manner described as follows:

☒     **(VIA EMAIL)** On November 19, 2024, via electronic mail in Adobe PDF format the document(s) listed above to the electronic address(es) set forth below.

☒     **(VIA U.S. MAIL)** On November 19, 2024, by placing a true copy of the document(s) listed above in an envelope, with postage thereon fully prepaid, addressed as set forth below and then sealing the envelope and depositing it in the U.S. mail at Menlo Park, California.

Susan Lloyd (ProSe Plaintiff)
929 E Main St #101
Mount Joy, PA 17552-9347

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on November 19, 2024, at Fremont, California.

*/s/ Sema Virrueta*
Sema Virrueta